# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
American Service Insurance Company

**DEFENDANTS**
NAFTA General Agency; Underwriters MGA, Inc.; and Ramon Villareal

**(b)** County of Residence of First Listed Plaintiff: Cook, Illinois
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Sullivan Hincks & Conway, 120 W. 22nd Street, Ste. 100, Oak Brook, Illinois 60523; (630) 573-5021

Attorneys (If Known)
Calvillo Law Firm, 711 Nolana Loop, Suite 105, McAllen, Texas 78504; (956) 664-1005

## II. BASIS OF JURISDICTION
[X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
Incorporated or Principal Place of Business In This State: PTF [X] 4  DEF [ ] 4
Incorporated and Principal Place of Business In Another State: PTF [ ] 5  DEF [X] 5

## IV. NATURE OF SUIT
[X] 190 Other Contract

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
The lawsuit seeks Declaratory Judgment, Injunctive Relief, and damages for breach of contract & fiduciary duty and conversion

## VII. PREVIOUS BANKRUPTCY MATTERS
n/a

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ >$75,000.00
JURY DEMAND: [X] No

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 1/22/2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CEM