CEM

**FILED**
**JANUARY 22, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 443**

In the Matter of

American Service Insurance Company
v.
NAFTA General Agency, Inc.; Underwriters MGA, Inc. and Ramon Villarreal

Case Number:

**JUDGE COAR**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERICAN SERVICE INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print) <br> Matthew P. Barrette | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Matthew P. Barrette | |
| FIRM <br> Sullivan Hincks & Conway | |
| STREET ADDRESS <br> 120 W. 22nd Street, Suite 100 | |
| CITY/STATE/ZIP <br> Oak Brook, Illinois 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6274523 | TELEPHONE NUMBER <br> (630) 573-5021 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |