**CEM**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, | ) ) ) ) | **08 C 443** |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. |
| NAFTA GENERAL AGENCY, a Texas, Corporation, UNDERWRITERS MGA, Inc., a Texas corporation, and RAMON VILLARREAL, an individual, | ) ) ) ) ) ) | **JUDGE COAR**<br>**MAGISTRATE JUDGE KEYS** |
| Defendants. | ) | |

### NOTICE OF AFFILIATES

The undersigned, counsel of record for the Plaintiff furnishes the following certification as required by Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure:

To the best of the undersigned's knowledge, the Plaintiff is a wholly-owned subsidiary of Kingsway Financial Services, Inc. Kingsway is publicly traded on the Toronto Stock Exchange and the New York Stock Exchange under the symbol "KFS."

Dated this ____ day of _____, 2008.

Respectfully Submitted,

American Service Insurance Company

By: /s/ Matthew P. Barrette
One of Its Attorneys

Patrick M. Hincks
Desmond P. Curran
John P. Callahan, Jr.
Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523
Phone: (630) 573-5021
Fax: (630) 573-5130
Atty. No. 24689
*Attorneys for Plaintiff*