FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 443**

| | | |
|---|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. |
| NAFTA GENERAL AGENCY, a Texas, Corporation, UNDERWRITERS MGA, Inc., a Texas corporation, and RAMON VILLARREAL, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGE COAR**
**MAGISTRATE JUDGE KEYS**

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 22, 2007 we shall appear in the Everett McKinley Dirksen Building 219 S. Dearborn, Chicago, Illinois, and then and there present to the designated Emergency Motion Judge Plaintiff's Motion For Temporary Restraining Order and Preliminary Injunction, at which time you may appear if you so desire.

By: __/s/ Matthew P. Barrette_____
One of Plaintiffs' Attorneys

Patrick M. Hincks
Desmond P. Curran
Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523
Ph.: (630) 573-5021
Fax: (630) 573-5130
Atty. No. 24689
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Javier Cereso, a non-attorney, certify that I served the attached Notice, the documents referenced therein and the Verified Complaint in the aforementioned action upon the parties named on the service list below via facsimile and by depositing same in the U.P.S. mailbox at 120 W. 22nd Street, Oak Brook, Illinois for overnight delivery before 4:00 p.m. on January 21, 2008, with proper postage prepaid and properly addressed.

_Javier Cereso_

Subscribed and sworn to
Before me this 21st day
Of January, 2008.

_Linda M. Marr_
Notary Public

"OFFICIAL SEAL"
LINDA M. MARR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/1/2008

## SERVICE LIST

NAFTA General Agency, Inc.
594 Jose Marti Blvd.
Brownsville, TX 78526
Attn: Daniel Hernandez

Underwriters MGA, Inc.
3206 N. Bryan
Mission, TX 78572
Attn: Ramon Villarreal
Fax: (956) 631-6971

David N. Calvillo, Esq.
Calvillo Law Firm
711 Nolana Loop, Suite 105
McAllen, TX 78504
Fax: (956) 664-1005

Anthony P. Troiani, P.C.
700 Paredes Avenue, Suite 107
Brownsville, TX 78521
Fax: (956) 541-9174