# CALVILLO LAW FIRM

### DAVID N. CALVILLO
Attorney at Law • CPA • Mediator

Board Certified • Civil Trial Law
Texas Board of Legal Specialization

## TELECOPIER TRANSMISSION FORM/TRANSMITTAL INFORMATION

| | |
|---|---|
| **DATE:** | December 28, 2007 |
| **SENDER:** | Tammy L. Garcia |
| **RECIPIENT: FAX NO.:** | Mr. Tom Ossman, CPCU<br>American Service Insurance<br>847-228-2582 |
| **NO. OF PAGES (INCLUDING THIS COVER PAGE):** | 4 |

**OUR CHARGE NUMBERS**

| | |
|---|---|
| **RE: OUR FILE NUMBER:** | Cause No. C-3094-07-A; Underwriters MGA, Inc. Vs. American Service and Avalon Risk Management |

**Document(s) transmitted:** 1) Correspondence dated December 28, 2007  2) Copy of Temporary Restraining Order & Order Setting Hearing for Preliminary Injunction

**Comment:**

**CONFIDENTIALITY**

The documents accompanying this facsimile transmission contain confidential information that is legally privileged. The information is intended solely for the use of the recipient named above. If you receive this transmission in error, please immediately notify us by telephone to arrange for the return of the original documents to us. You are notified that any disclosure, reproduction or distribution for the taking of any action in reliance on the contents of this facsimile information is strictly prohibited. Thank you for your cooperation.

IF YOU HAVE PROBLEMS DURING TRANSMISSION, PLEASE TELEPHONE THIS OFFICE.

711 Nolana Loop, Suite 105  McAllen, Texas 78504  T. 956 664 1000  F. 956 664 1005
david@calvillolaw.com
www.calvillolaw.com



PLAINTIFF'S EXHIBIT

# CALVILLO LAW FIRM

**DAVID N. CALVILLO**
Attorney at Law • CPA • Mediator

Board Certified • Civil Trial Law
Texas Board of Legal Specialization

December 28, 2007

Mr. Tom Ossmann, CPCU                  Via Telecopier: 847.228.2582
American Service Insurance
150 Northwest Point Blvd.
Elk Grove Village, IL 60007-1018

**RE: Cause No. C-3094-07-A; *Underwriters MGA, Inc. v. American Service Insurance and Avalon Risk Management***

Dear Mr. Ossmann:

Enclosed for your reference is a copy of the *Temporary Restraining Order & Order Setting Hearing for Preliminary Injunction* issued by the 92nd District Court of Hidalgo County, Texas in the above-referenced matter.

Thank you for your attention.

Sincerely,

*David N. Calvillo*

David N. Calvillo

DNC/tbz

Enclosure

Cc: Underwriters MGA, Inc.

711 Nolana Loop, Suite 105  McAllen, Texas 78504   T. 956 664 1000   F. 956 664 1005
david@calvillolaw.com
www.calvillolaw.com

Cause No. C-3094-07-A

| | | |
|---|---|---|
| UNDERWRITERS MGA, INC. | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 92 JUDICIAL DISTRICT |
| | § | |
| AMERICAN SERVICE INSURANCE | § | |
| And AVALON RISK MANAGEMENT | § | OF HIDALGO COUNTY, TEXAS |

### TEMPORARY RESTRAINING ORDER & ORDER SETTING HEARING FOR PRELIMINARY INJUNCTION

After considering Plaintiff's verified application for temporary restraining order, the pleadings, the affidavits, and arguments of counsel, the court finds there is evidence that harm is imminent to Plaintiff, and if the court does not issue the temporary restraining order, Plaintiff will be irreparably injured because it will be unable to fully and completely comply with his professional, contractual, and ethical obligations under its contracts with its consumers.

An ex parte order, without notice to Defendants, was necessary because there was not enough time to give notice to Defendant, hold a hearing, and issue a restraining order before the irreparable injury, loss or damage occurred. Specifically, Defendants may have already interfered with Plaintiff's ability to satisfy their professional, contractual, and ethical obligations.

Therefore, the court restrains, enjoins, and prohibits Defendants, their agents, officers, directors, employees, shareholders, and others acting on its behalf from engaging in any of the following:

a. Communicating any false or misleading information to consumers-insureds, regulatory authorities, and/or third parties concerning the



insurance policies that derive from the contractual relationship between UMGA and Defendants;

b. Threatening to or unilaterally undertaking steps to unjustifiably cancel or cause a non-renewal of insurance policies issued by UMGA pursuant to its contract with Defendants;

c. Communicating any threats calling into question the validity or legal effect of insurance policies issued by or pursuant to its contract with Underwriters MGA, Inc.;

d. Taking any action in direct contravention of the rights or obligations afforded to Underwriters MGA, Inc. pursuant to the contract executed between the parties, including canceling or terminating the contract;

e. Preventing or interfering in any way any third party from renewing its contracts for insurance policies with UMGA pursuant to its contract with Defendants.

The Court further Orders the clerk to issue notice to Defendants that the hearing on Plaintiff's application for temporary injunction is set for January ___17th___, 2008, at __8:30 a.m.__ The purpose of the hearing shall be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits.

The court hereby sets bond at $ __500.00__.

SIGNED on December __28th__, 2007, at __12:35__ a.m./p.m.

_____
PRESIDING JUDGE

- 11 -