Cause No. C-3094-07-A

| | | |
|---|---|---|
| UNDERWRITERS MGA, INC. | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 92ND JUDICIAL DISTRICT |
| | § | |
| AMERICAN SERVICE INSURANCE | § | |
| And AVALON RISK MANAGEMENT | § | HIDALGO COUNTY, TEXAS |

## ORDER EXTENING OF
## TEMPORARY RESTRAINING ORDER

Came on to be considered Plaintiff's and Intervenor's Motion for Extension of Temporary Restraining Order, and the Court, having reviewed the Motion, finds that good cause is stated therein; and accordingly, it is hereby

**ORDERED** that the temporary restraining order previously issued by this Court shall continue ~~for a period of not more than fourteen (14) days.~~ until January 14, 2008 at 5:00 p.m.

~~It is further **ORDERED** that the hearing to determine if the temporary restraining order should become a temporary injunction is hereby **RESET** for the ____ day of January, 2008 at ____ o'clock ____ m. The temporary restraining order shall remain in effect until that time.~~

Signed and Entered on this the 11th day of January, 2008.

_____
JUDGE PRESIDING

4

