**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

American Service Insurance Company
                              Plaintiff,

v.                                                      Case No.: 1:08−cv−00443
                                                       Honorable David H. Coar

NAFTA General Agency, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge David H. Coar :TRO hearing held. MOTION by Plaintiff American Service Insurance Company for temporary restraining order is granted. The TRO will expire on 2/1/2008. Injunction hearing to be held on 2/1/2008 by the emergency judge. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.