IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 CV 443 |
| NAFTA GENERAL AGENCY, a Texas, Corporation, UNDERWRITERS MGA, Inc., a Texas corporation, and RAMON VILLARREAL, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF ENTRY OF ORDER**

PLEASE TAKE NOTICE that on or about 2:45 p.m. on January 22, 2008, Judge David Coar entered the attached Order to be effective until February 1, 2008.


By: __/s/ Matthew P. Barrette_____
One of Plaintiffs' Attorneys


Patrick M. Hincks
Desmond P. Curran
Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523
Ph.: (630) 573-5021
Fax: (630) 573-5130
Atty. No. 24689
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Janet Cerceo, a non-attorney, certify that I served the attached Notice and Order referenced therein upon Mr. Calvillo and Mr. Troiani shown below via facsimile and by depositing same in the U.P.S. mailbox at 120 W. 22nd Street, Oak Brook, Illinois for overnight delivery before 5:00 p.m. on January 22, 2008, with proper postage prepaid and properly addressed to each of the parties on the Service List below.

Subscribed and sworn to
Before me this ___ day
Of January, 2008.

_____
Notary Public

"OFFICIAL SEAL"
DIANE S. BENDER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/22/2010

## SERVICE LIST

NAFTA General Agency, Inc.
594 Jose Marti Blvd.
Brownsville, TX 78526
Attn: Daniel Hernandez

Underwriters MGA, Inc.
3206 N. Bryan
Mission, TX 78572
Attn:   Ramon Villarreal

David N. Calvillo, Esq.
Calvillo Law Firm
711 Nolana Loop, Suite 105
McAllen, TX 78504
Fax:  (956) 664-1005

Anthony P. Troiani, P.C.
700 Paredes Avenue, Suite 107
Brownsville, TX 78521
Fax: (956) 541-9174