Case Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 443 | **DATE** | 1/22/2008 |
| **CASE TITLE** | American Service Insurance Co. Vs. NAFTA General Agency | | |

**DOCKET ENTRY TEXT**

Enter Temporary Restraining Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | PAMF |
|---|---|---|