AGENT No.:
No. AGENTE: _____

**AMERICAN SERVICE INSURANCE COMPANY INC.**

This Certificate forms a part of Master Policy Number:
Este Certificado forma parte de la póliza Maestra Número:

## CERTIFICATE OF INSURANCE


**NAFTA GENERAL AGENCY, INC.**

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTAR A:
**NAFTA**
GENERAL AGENCY, INC.
U.S. WATS 1-877-544-0945
MEXICO  01-800-439-2746

**Master Policy Number ASC07-000001**
Inssued to: / expedida a:  **A R I M E X**

Policy / Cert Number:
Póliza / Cert. Número:  **ASC07 516883**

**IMPORTANT NOTICE:** The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
**NOTA IMPORTANTE:** La declaración de la información solicitada es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora

**ITEM 1.** POLICY PERIOD / ART 1: PERIODO DE LA POLIZA

DATE:
FECHA:  **Enero** / **19** / **2008**   MONTH/MES / DAY/DIA / YEAR/AÑO

AT
A LAS  **8:41**   A.M.   P.M.

**ITEM 2.** NAME OF INSURED
ART.2. NOMBRE DEL ASEGURADO:  **GARCIA BUSTAMANTE EDGAR ALONSO**

ADDRESS:
DIRECCION:  **Pony / Delta**   **MM-04**

PORT OF ENTRY:
PUERTO DE ENTRADA:  **Nogales, Arizona**

COMMODITIES HAULED
TIPO DE CARGA  **Roma tomatoes**

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.

**ART. 3.** Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.

**IMPORTANT NOTICE:** A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
**NOTA IMPORTANTE:** A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.

| COVERAGES / COBERTURAS | LIMIT OF LIABILITY / LIMITE DE RESPONSABILIDAD CIVIL | PREMIUM / PRIMA |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY / RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS | $ 750,000.00 COMBINED SINGLE LIMIT / LIMITE UNICO Y COMBINADO | INCLUDED / INCLUIDO |

**ITEM 4. DESCRIPTION OF COVERED AUTO / ART. 4 DESCRIPCION DEL AUTO AMPARADO**
Includes policy fee / incluye derecho de póliza   TOTAL  $

| YEAR / AÑO | TRADE NAME / MODEL MARCA / MODELO | LICENSE PLATES PLACAS | MOTOR OR SERIAL No. NUMERO DE SERIE / MOTOR |
|---|---|---|---|
| 1994 | KENWORTH | 345 DX8 | J613572 |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as emended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.
**ART. 5.** La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de Julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.
**ART. 6.** Las coberturas amparadas están restringidas a un plazo maximo de 72 horas, en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tractocamiones (con caja o remolque) que se internan por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.

**ITEM 7.** "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous. Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not.
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.

**ART. 7.** LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Causticos 5. Productos Químicos 6. Oxígeno 7. Nitrógeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavion) 10. Explosivos 11. Municiones 12. Pesticidas, Hervicidas y Sustancias Venenosas 13. Peroxidos orgánicos, Toxicos agudos (venenos) y agentes infecciosos radioativos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el codigo federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8.y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act. Of 1980"
D) Transitar en exceso del radio de operación contratado e indicado en este certificado

NOTA:/ NOTA: THIS CERTIFICATE IS VALID **ONLY FOR ONE TRIP** OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
ESTE CERTIFICADO DE SEGURO TENDRÁ VALIDEZ ÚNICAMENTE **PARA UN SOLO CRUCE** EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.

THIS STATEMENT SHOULD APPEAR IN RED.
DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD"
"DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL
1-877-544-0945      01-800-439-2746

(FOR INTERNAL USE. M.P. ASC07-000001)

BY: _____
AUTHORIZED REPRESENTATIVE

INSURED

EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE DE ACCIDENTE, NO RECLAMACIÓN) Y A, AL TELÉFONO INDICADO

PLAINTIFF'S EXHIBIT (1)

# ENDORSEMENT FOR
# MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
# UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

Issued to __Garcia Bustamante Edgar Alonso__ of _____

Dated at __Nog. Az.__ this __19__ day of __Enero__ 20__08__

Amending Policy No. __516883__ Effective Date __Del 19 al 21 de Enero del 2008__

Name of Insurance Company __American Service Insurance Company, Inc.__

Telephone Number (__877__) __544-0945__ Countersigned by _____
  AUTHORIZED REPRESENTATIVE

The policy to wich this endorsement is attached provides primary insurance, for the limits shown. This insurance is primary and the company shall not be liable for amounts in excess, of $ 750,000.00 for each accident.

Whenever required by the Federal Highway Administration (FHWA) or the Interstate Commerce Commission (ICC), the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an autorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date.

Cancellation of this endorsemennt may be affected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice) and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty (30 days notice to the ICC (said 30 days notice to commence from the date the notice is received by the ICC at its office in Washington, D.C.).

## DEFINITIONS AS USED IN THIS ENDORSEMENT

ACCIDENT includes continuos or repeated exposure to conditions wich results in bodily injury, property demage, or environmental damage wich the insured neither expected nor intended.
MOTOR VEHICLE means a land vehicle, machine, truck, tractor, trailer or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.
BODILY INJURY means injury to the body, sickness, or disease to any person, including death resulting from any of these.
ENVIRONMENTAL RESTORATION means restituion for the loss, damage, or destruction of natural resources arising out of the accidente discharge dispersal, relase or escape into or upon the land, atmosphere watercourse, or body of water, of any commodity transported by a moto carrier. This shall include the cost of removal and the cost of necessar measures taken to minimize or mitigate damage to human health, th natural environment, fish, shellfish, and wildlife.
PROPERTY DAMAGE means damage to or loss of use of tangible propert
PUBLIC LIABLITY means liability for bodily injury, property damage, an environmental restoration.

The insurance policy to wich this endorsement is attached provides automobile liability insurance and is amended to assure compiance by the insured, withthin the limits statedherein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules ofthe Federal Highway Administration (FHWA) and the Interstate Commerce Commision (ICC).
In consideration of the premium stated in the policy to wich this endorsement is attached, the insured (the company) agrees to pay, withtin the limits of liability described herein, any final judgement recovered against the insured for public liability resulting from negligenceinthe operation, maintence or use of motor vehicles subject to the financial responsibility requeriments of Sections 29 and 30 if the Motor Carrier of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and wheter or not such negligence occurs on any route or in any territory authorized to be served by the insured in the United States. Such insurance as is afforded, for public liability, does not apply to their employment, or property transported by the insured designated as cargo. It is understood and agreed that not condition, provision, stipulation, or limitacion contained in the policy this endorsement, or any other endorsement thereon or violation thereof, shall relieve the company from liability or from the payment of any final judgement, within the limits of liability hereir described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to wich the endorsement is attached shall remain in full force and effect as binding between the insured and the company.
The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would no' have been obligated to make under provisions of the policy exept for the agreement contained in this endorsement.
It is further understood and agreed that upon failure of the company to pay and final judgement creditor may maintain an action in any court of competer jurdisction against the company to compel such payment.
The limits of the company's liability for the amounts prescribed in this endorsement apply separately, to each accident, and any payment undei the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgements resulting from any other accident.

The Motor Carrier Act of 1980 requires limits of financial responsibility according to the type of carriage and commodity transported by the motor carrie is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.

( FORM MCS 90 )

**Motor Vehicle Division** ADOT

ARIZONA DEPARTMENT OF TRANSPORTATION
MOTOR VEHICLE DIVISION
1225 N. 25th Avenue
Mail Drop 524M
Phoenix, AZ 85009

Permit No.   001 - 002649023

### SINGLE TRIP REGISTRATION/USE FUEL/MOTOR CARRIER

| | | |
|---|---|---|
| Eff. Date/Time: 1/19/08 11:16 AM | Exp. Date/Time: 01/23/08 11:16 AM or upon exit from the state. | |
| Company/Leasee: MONTOYA SANCHEZ MAXIMO | USDOT: | Trailer Nbr: MM 04 |
| Unit No.: 4    Plate No.: 345DX8 | Base State: MX    Make: KW | Body Style: TTST |
| Veh. Yr.: 1994    VIN: 3572 | No. of Axles: 5 | GVW/GCW: 80000 |

| Traveling From: | Traveling To: | Miles: |
|---|---|---|
| NOGALES | NOGALES | 30 |
| | Total Miles: | 30 |

Route:   LOCAL

Fees:
| | |
|---|---|
| REGISTRATION | $5.00 |
| USE FUEL | $16.00 |
| MOTOR CARRIER | $12.00 |
| **Total Fees:** | **$33.00** |
| Received: K & K INTERNATIONAL LO | $33.00 |
| Total Received: | $33.00 |
| Change: | $0.00 |

**Remarks:**
Mexico-domiciled motor carriers cannot travel beyond the recognized commercial zone perimeters with this permit.

I certify that all information furnished for the purpose of securing this permit, and the weights and dimensions of the load and equipment as stated above are correct and true.

Permit Holder Signature: *Abel Montoya V.*

Location: NOGALES FEDERAL POE
Issuing Agent: JUAN ADAME
Agent ID: B5627
Agent Signature: *[signature]*

Total Amount: $33.00
Exempt: NO
Issued Date/Time: 1/19/2008 11:17



## Agricola Pony, S.A. de C.V.

CARRETERA INTERNACIONAL AL NORTE KM 18-5
TEL. 761-01-70 TEL. Y FAX 761-01-71 CULIACAN, SINALOA
R.F.C. APO-950525-6M6

015155
M- 000107

**FACTURA COMERCIAL**
B N° 015155
EXPEDIDO EN CULIACAN, SIN
FECHA DE EXPEDICION

DISTRIBUIDO POR: DELTA FRESH LLC.
DOMICILIO: 2600 NORTH SMOKEY LANE    R.F.C. CLIENTE
CIUDAD: NOGALES, ARIZONA    MANIFIESTO No: 000106
AGENCIA ADUANAL: LOPEZ Y ASOCIADOS    CAJA MM-04
CAMION: KENWORTH 1994 345 DX8    PLACAS: 281 WA2    18 Ene 20
CONDUCTOR: ABEL MONTOYA VELAZQUEZ    Linea: MAXIMO MONTOYA SANCHEZ

| CANT. | UNIDAD | DESCRIPCION | P. UNITARIO | IMPORTE |
|---|---|---|---|---|
| 80 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 1 PONY | 4.00 | 320.00 |
| 320 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 2 PONY | 4.00 | 1,280.00 |
| 480 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 3 PONY | 4.00 | 1,920.00 |
| 240 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 4 PONY | 4.00 | 960.00 |
| 240 | BULTO | ROMA TOMATOES LARGE COLOR 2 PONY | 4.00 | 960.00 |
| 240 | BULTO | ROMA TOMATOES LARGE COLOR 3 PONY | 4.00 | 960.00 |
| 160 | BULTO | ROMA TOMATOES LARGE COLOR 4 PONY | 4.00 | 640.00 |
| 80 | BULTO | ROMA TOMATOES MEDIUM COLOR 2 PONY | 4.00 | 320.00 |
| 80 | BULTO | ROMA TOMATOES MEDIUM COLOR 3 PONY | 4.00 | 320.00 |
| 1,920 | | | | |

SERIE TRACTOCAMION
SCAC
CAAT    6721
LIC. CONDUCTOR    JAL0029784
FECHA DE NACIMIENTO    30/03/1960
NUM DE PASAPORTE    20073383070001

IMPORTE CON LETRA

(Son: SIETE MIL SEISCIENTOS OCHENTA 00/100 DOLARES US CY )

| | |
|---|---|
| SUB-TOTAL | 7,680.00 |
| I.V.A. | 0.00 |
| TOTAL | 7,680.00 |

APO950525 6M6
AGRICOLA PONY SA DE CV

Se descuenta de la presente factura la Cantidad de 400 c/c TOMATE
Con valor de $ 1,600.00 ous
Valor de esta factura $ 6,080.00 ous

803

REMESA DE CONSOLIDADO

```
No PEDIMENTO...: 08-230-3875-8008034
REMESA No......: 0033
CVE PEDIMENTO..: A1
FECHA..........: 19/01/2008
HORA...........: 08:21:07
CLIENTE........: AGRICOLA PONY S.A DE C.V.
RFC (CLIENTE)..: APO9505256M6
PAIS DESTINO...: USA
CANTIDAD.......: 1,520.000
FIRMA..........: KKKVNT20
AGENTE ADUANAL.: OSCAR MENDOZA VAZQUEZ
PATENTE........: 3875-MEVO400109912
R.L............: OSCAR MENDOZA VAZQUEZ
R.F.C..........: MEVO400109912
FACTURA........: B 015155
FECHA FACTURA..: 18/01/2008
NUMERO CAMION..: MM-04
VALOR FACTURA..: 6,080.00
```

```
PRIMERA SELECCION AUTOMATIZADA M3
19/01/2008 10:10  OPER: 107-211914
PEDIMENTO: 3875-8008034/0033
Firma:      YWUNDXSVUA
NO. FACTURA:0033
   *** DESADUANAMIENTO LIBRE ***
   US DOCUMENTATION CAPTURED
      *** CUMPLIDO ***
```

PRIMERA COPIA:TRANSPORTISTA

CODIGOS DE BARRAS

PRE FILE-BSI00177811

```
AGENTE ADUANAL O APODERADO ADUANAL
   MANDATARIO/PERSONA AUTORIZADA
NOMBRE :OSCAR MENDOZA VAZQUEZ
R.F.C  :MEVO400109912
CURP   :MEVO400109HSRNZS08
```

AGENT No.:
No. AGENTE: _____

# CERTIFICATE OF INSURANCE



**AMERICAN SERVICE INSURANCE COMPANY INC.**

This Certificate forms a part of Master Policy Number:
Este Certificado forma parte de la póliza Maestra Número:

**NAFTA GENERAL AGENCY, INC.**

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTAR A:
**NAFTA GENERAL AGENCY, INC.**
U.S. WATS 1-877-544-0945
MEXICO 01-800-439-2746

Master Policy Number ASC07-000001
Inssued to: / expedida a:   **A R I M E X**

Policy / Cert Number:
Póliza / Cert. Número:   ASC07   **515188**

**IMPORTANT NOTICE:** The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
**NOTA IMPORTANTE:** La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora

**ITEM 1.** POLICY PERIOD / ART 2: PERIODO DE LA POLIZA

DATE: / FECHA:  **Enero** / **9** / **2008**   MONTH/MES — DAY/DIA — YEAR/AÑO

AT / A LAS:   _____ A.M.   **3:00** P.M.

**ITEM 2.** NAME OF INSURED
ART.2: NOMBRE DEL ASEGURADO:  **GARCIA BUSTAMANTE EDGAR ALONSO**

ADDRESS / DIRECCION: **Pony/Delta**    **MM-04**

PORT OF ENTRY / PUERTO DE ENTRADA: **Nogales, Arizona**
COMMODITIES HAULED / TIPO DE CARGA: **Roma tomatoes**

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.

ART. 3. Las coberturas amparadas en este certificado de seguro, son especificamente las contratadas y descritas abajo. El limite máximo de responsabilidad civil que provee la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.

**IMPORTANT NOTICE:** A. Any omission in the date/time of the "policy period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
**NOTA IMPORTANTE:** A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificada para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.

| COVERAGES / COBERTURAS | LIMIT OF LIABILITY / LIMITE DE RESPONSABILIDAD CIVIL | PREMIUM / PRIMA |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY / RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS | $750,000.00 COMBINED SINGLE LIMIT / LIMITE UNICO Y COMBINADO | INCLUDED / INCLUIDO |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / ART. 4 DESCRIPCION DEL AUTO AMPARADO   Includes policy fee / incluye derecho de póliza   TOTAL  $

| YEAR / AÑO | TRADE NAME / MODEL MARCA / MODELO | LICENSE PLATES PLACAS | MOTOR OR SERIAL No. NUMERO DE SERIE / MOTOR |
|---|---|---|---|
| 1994 | KENWORTH | 345DX8 | J613572 |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96-296 dated July 1, 1980, Sections 29 and 30 as amended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.

ART. 5. La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96-296" fechada el 1o de julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.

ART. 6. Las coberturas amparadas están restringidas a un plazo maximo de 72 horas indicando en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tractocamiones (con caja o remolque) que se internan por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.

**ITEM 7.** COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not..
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49 CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.

ART. 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Causticos 5. Productos Químicos 6. Oxigeno 7. Nitrogeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavion) 10. Explosivos 11. Municiones 12. Pesticidas, Hervicidas y Sustancias Venenosas 13. Peroxidos orgánicos, Toxicos agudos (venenos) y agentes infecciosos radioactivos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el codigo federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act. Of 1980"
D) Transitar en exceso del radio de operación contratado e indicado en este certificado

NOTA / NOTA: THIS CERTIFICATE IS VALID **ONLY FOR ONE TRIP** OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
ESTE CERTIFICADO DE SEGURO TENDRÁ VALIDEZ ÚNICAMENTE **PARA UN SOLO CRUCE** EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.

THIS STATEMENT SHOULD APPEAR IN RED.
DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM.
FOR VERIFICATION PLEASE CALL
1-877-544-0945        01-800-439-2746

(FOR INTERNAL USE. M.P. ASC07-000001)

BY: _____  AUTHORIZED REPRESENTATIVE

EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO

INSURED

# ENDORSEMENT FOR
# MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
# UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

Issued to _Garcia Bustamante Edgar Alonso_ of _____

Dated at _Nog. Az._ this _9_ day of _Enero_ 20_08_

Amending Policy No. _515188_ Effective Date _Del 9 al 11 de Enero del 2008_

Name of Insurance Company _American Service Insurance Company Inc_

Telephone Number ( _811_ ) _544-0945_  Countersigned by _[signature]_
AUTHORIZED REPRESENTATIVE

The policy to wich this endorsement is attached provides primary insurance, for the limits shown. This insurance is primary and the company shall not be liable for amounts in excess, of $ 750,000.00 for each accident.

Whenever required by the Federal Highway Administration (FHWA) or the Interstate Commerce Commission (ICC), the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an autorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date.

Cancellation of this endorsemennt may be affected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice) and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty (30 days notice to the ICC (said 30 days notice to commence from the date the notice is received by the ICC at its office in Washington, D.C.).

## DEFINITIONS AS USED IN THIS ENDORSEMENT

ACCIDENT includes continuos or repeated exposure to conditions wich results in bodily injury, property demage, or environmental damage wich the insured neither expected nor intended.
MOTOR VEHICLE means a land vehicle, machine, truck, tractor, trailer or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.
BODILY INJURY means injury to the body, sickness, or disease to any person, including death resulting from any of these.
ENVIRONMENTAL RESTORATION means restituion for the loss, damage, or destruction of natural resources arising out of the accidente discharge, dispersal, relase or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.
PROPERTY DAMAGE means damage to or loss of use of tangible property
PUBLIC LIABLITY means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to wich this endorsement is attached provides automobile liability insurance and is amended to assure compiance by the insured, withthin the limits statedherein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules ofthe Federal Highway Administration (FHWA) and the Interstate Commerce Commision (ICC).
In consideration of the premium stated in the policy to wich this endorsement is attached, the insured (the company) agrees to pay, withtin the limits of liability described herein, any final judgement recovered against the insured for public liability resulting from negligenceinthe operation, maintence or use of motor vehicles subject to the financial responsability requirements of Sections 29 and 30 if the Motor Carrier of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and wheter or not such negligence occurs on any route or in any territory authorized to be served by the insured in the United States. Such insurance as is afforded, for public liability, does not apply to their employment, or property transported by the insured designated as cargo. It is understood and agreed that not condition, provision, stipulation, or limitacion contained in the policy this endorsement, or any other endorsement thereon or violation thereof , shall relieve the company from liability or from the payment of any final judgement, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to wich the endorsement is attached shall remain in full force and effect as binding between the insured and the company.
The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim,or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under provisions of the policy exept for the agreement contained in this endorsement.
It is further understood and agreed that upon failure of the company to pay and final judgement creditor may maintain an action in any court of competent jurdisction against the company to compel such payment.
The limits of the company's liability for the amounts prescribed in this endorsement apply separately, to each accident, and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgements resulting from any other accident.

The Motor Carrier Act of 1980 requires limits of financial responsibility according to the type of carriage and commodity transported by the motor carrier. is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.

( FORM MCS 90 )



ARIZONA DEPARTMENT OF TRANSPORTATION
MOTOR VEHICLE DIVISION
1225 N. 25th Avenue
Mail Drop 524M
Phoenix, AZ  85009

Permit No.   001 - 002639545

## SINGLE TRIP REGISTRATION/USE FUEL/MOTOR CARRIER

| | | |
|---|---|---|
| Eff. Date/Time: 1/9/08 6:02 PM | Exp. Date/Time: 01/13/08 6:02 PM or upon exit from the state. | |
| Company/Leasee: MONTOYA SANCHEZ MAXIMO | USDOT: | Trailer Nbr: MM 04 |
| Unit No.: 4    Plate No.: 345DX8 | Base State: MX   Make: KW | Body Style: TTST |
| Veh. Yr.: 1994    VIN: 3572 | No. of Axles: 5 | GVW/GCW: 80000 |

| Traveling From: | Traveling To: | Miles: |
|---|---|---|
| NOGALES | NOGALES | 30 |
| | Total Miles: | 30 |

Route:   LOCAL

| | | |
|---|---|---|
| | Fees: REGISTRATION | $5.00 |
| | USE FUEL | $16.00 |
| | MOTOR CARRIER | $12.00 |
| Remarks: | Total Fees: | $33.00 |
| MEXICO-DOMICILED MOTOR CARRIERS CANNOT TRAVEL BEYOND THE RECOGNIZED COMMERCIAL ZONE PERIMETERS WITH THIS PERMIT. | Received: K & K INTERNATIONAL LO | $33.00 |
| | Total Received: | $33.00 |
| | Change: | $0.00 |

| | | |
|---|---|---|
| I certify that all information furnished for the purpose of securing this permit, and the weights and dimensions of the load and equipment as stated above are correct and true. | Location: NOGALES FEDERAL POE | Total Amount: $33.00 |
| | Issuing Agent: J. VILLA | |
| | Agent ID: B7856 | Exempt: NO |
| Permit Holder Signature: Abel Montoya V. | Agent Signature: | Issued Date/Time: 1/9/2008 18:02 |



# Agrícola Pony, S.A. de C.V.

015102
M- 000053

CARRETERA INTERNACIONAL AL NORTE KM 18-5
TEL. 761-01-70 TEL. Y FAX 761-01-71 CULIACAN SINALOA
R.F.C. APO-950525-6M6

**FACTURA COMERCIAL**
B N° 015102
EXPEDIDO EN CULIACAN, SIN
FECHA DE EXPEDICION

DISTRIBUIDO POR: DELTA FRESH LLC.
DOMICILIO: 2500 NORTH SMOKEY LANE   R.F.C. CLIENTE:
CIUDAD: NOGALES, ARIZONA   MANIFIESTO No: 000053
AGENCIA ADUANAL: LOPEZ Y ASOCIADOS   CAJA MM-04
CAMION: KENWORTH 94   345 DX8   PLACAS: 281 WA2
CONDUCTOR: ABEL MONTOYA VELAZQUEZ   Linea: MAXIMO MONTOYA SANCHEZ

08 | Ene | 2008

| CANT. | UNIDAD | DESCRIPCION | P. UNITARIO | IMPORTE |
|---|---|---|---|---|
| 80 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 2 PALOMA | 4.00 | 320.00 |
| 160 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 3 PALOMA | 4.00 | 640.00 |
| 125 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 4 PALOMA | 4.00 | 500.00 |
| 80 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 6 PALOMA | 4.00 | 320.00 |
| 80 | BULTO | ROMA TOMATOES LARGE COLOR 1 PALOMA | 4.00 | 320.00 |
| 65 | BULTO | ROMA TOMATOES LARGE COLOR 2 PALOMA | 4.00 | 260.00 |
| 80 | BULTO | ROMA TOMATOES LARGE COLOR 3 PALOMA | 4.00 | 320.00 |
| 160 | BULTO | ROMA TOMATOES LARGE COLOR 4 PALOMA | 4.00 | 640.00 |
| 80 | BULTO | ROMA TOMATOES MEDIUM COLOR 3 PALOMA | 4.00 | 320.00 |
| 80 | BULTO | ROMA TOMATOES MEDIUM COLOR 4 PALOMA | 4.00 | 320.00 |
| 80 | BULTO | ROMA TOMATOES MEDIUM COLOR 5 PALOMA | 4.00 | 320.00 |
| 12 | BULTO | ROMA TOMATOES SMALL COLOR 2 PALOMA | 4.00 | 48.00 |
| 103 | BULTO | ROMA TOMATOES SMALL COLOR 3 PALOMA | 4.00 | 412.00 |
| 45 | BULTO | ROMA TOMATOES SMALL COLOR 4 PALOMA | 4.00 | 180.00 |
| 50 | BULTO | ROMA TOMATOES SMALL COLOR 5 PALOMA | 4.00 | 200.00 |
| 80 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 1 PONY | 4.00 | 320.00 |
| 240 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 2 PONY | 4.00 | 960.00 |
| 160 | BULTO | ROMA TOMATOES LARGE COLOR 1 PONY | 4.00 | 640.00 |
| 80 | BULTO | ROMA TOMATOES LARGE COLOR 2 PONY | 4.00 | 320.00 |
| 80 | BULTO | ROMA TOMATOES MEDIUM COLOR 2 PONY | 4.00 | 320.00 |

1,920

SERIE TRACTOCAMION J813572
SCAC SMXO
CAAT 6721
LIC. CONDUCTOR JRLJ029764
FECHA DE NACIMIENTO 30/09/1960
NUM DE PASAPORTE 206733630760001

IMPORTE CON LETRA (Son: SIETE MIL SEISCIENTOS OCHENTA 00/100 DOLARES US CY )

*SE SEÑALA EL PRECIO DE VENTA EXCLUSIVAMENTE PARA CUMPLIR REQUISITOS DE TRASLADO Y TRAMITES ADUANALES YA QUE LOS PRODUCTOS QUE CONTIENE ESTE DOCUMENTO SON VENDIDOS EN FIRME Y FACTURADOS POR EL DISTRIBUIDOR

| SUB-TOTAL | 7,680.00 |
|---|---|
| I.V.A. | 0.00 |
| TOTAL | 7,680.00 |

Se descuenta de la presente factura la
7086.5 Cantidad de 400 c/c TOMATE
Con valor de $ 1,600.00 DLLS
Valor de esta factura $ 6,080.00 DLLS

RECIBI DE CONFORMIDAD

APO950525-6M6
AGRICOLA PONY SA DE CV

EFECTOS FISCALES AL PAGO

REMESA DE CONSOLIDADO

```
No PEDIMENTO...: 08-230-3875-8008020
REMESA No......: 0015
CVE PEDIMENTO..: A1
FECHA..........: 09/01/2008
HORA...........: 15:00:04
CLIENTE........: AGRICOLA PONY S.A DE C.V.
RFC (CLIENTE)..: APO9505256M6
PAIS DESTINO...: USA
CANTIDAD.......: 1,520.000
FIRMA..........: LUPX2T20
AGENTE ADUANAL.: OSCAR MENDOZA VAZQUEZ
PATENTE........: 3875-MEVO400109912
R.L............: JESUS REFUGIO LOPEZ ENCINAS
R.F.C..........: LOEJ610609LW8
FACTURA........: B 015102
FECHA FACTURA..: 08/01/2008
NUMERO CAMION..: MM-04
VALOR FACTURA..: 6,080.00
```

PRIMERA COPIA:TRANSPORTISTA

```
PRIMERA SELECCION AUTOMATIZADA M3
09/01/2008 17:17  OPER: 106-148827
PEDIMENTO: 3875-8008020/0014
Firma:    WRZCOZTXZN
NO. FACTURA:0015
    *** DESADUANAMIENTO LIBRE ***
US DOCUMENTATION CAPTURED
       *** C U M P L I D O ***
```

PRE FILE-BSI00170865

CODIGOS DE BARRAS

```
AGENTE ADUANAL O APODERADO ADUANAL
   MANDATARIO/PERSONA AUTORIZADA
NOMBRE :JESUS REFUGIO LOPEZ ENCINAS
R.F.C  :LOEJ610609LW8
CURP   :LOEJ610609HSRPNS08
```

AGENT No.:
No. AGENTE: _____

# CERTIFICATE OF INSURANCE



**AMERICAN SERVICE INSURANCE COMPANY INC.**

This Certificate forms a part of Master Policy Number:
Este Certificado forma parte de la póliza Maestra Número:

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTAR A:
**NAFTA GENERAL AGENCY, INC.**
U.S. WATS 1-877-544-0945
MEXICO 01-800-439-2746

Master Policy Number **ASC07-000001**
Inssued to: / expedida a:  **ARIMEX**

Policy / Cert Number:
Póliza / Cert. Número: **ASC07  515174**

**IMPORTANT NOTICE:** The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
**NOTA IMPORTANTE:** La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora

**ITEM 1.** POLICY PERIOD / ART 2: PERIODO DE LA POLIZA

DATE: / FECHA: **Enero** / **8** / **2008**   AT / A LAS ___ A.M. **12:05** P.M.
             MONTH/MES   DAY/DIA   YEAR/AÑO

**ITEM 2.** NAME OF INSURED / ART.2. NOMBRE DEL ASEGURADO: **MONTOYA SANCHEZ MAXIMO**

ADDRESS: / DIRECCION: **Pony/Delta F.**    **MM02**

PORT OF ENTRY: / PUERTO DE ENTRADA: **Nogales, AZ.**
COMMODITIES HAULED / TIPO DE CARGA: **Roma Tomatoes**

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.
**ART. 3.** Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.

**IMPORTANT NOTICE:** A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
**NOTA IMPORTANTE:** A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.

| COVERAGES / COBERTURAS | LIMIT OF LIABILITY / LIMITE DE RESPONSABILIDAD CIVIL | PREMIUM / PRIMA |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY / RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS | $ 750,000.00 COMBINED SINGLE LIMIT / LIMITE UNICO Y COMBINADO | INCLUDED / INCLUIDO |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / ART. 4 DESCRIPCION DEL AUTO AMPARADO   TOTAL $
Includes policy fee / incluye derecho de póliza

| YEAR / AÑO | TRADE NAME / MODEL / MARCA / MODELO | LICENSE PLATES / PLACAS | MOTOR OR SERIAL No. / NUMERO DE SERIE / MOTOR |
|---|---|---|---|
| 1994 | FREIGHTLINER | 446DU1 | 1FUYDCXBXRP590639 |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as emended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.
**ART. 5.** La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time thereon. Coverage is valid only in the U.S.A. For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.
**ART. 6.** Las coberturas amparadas están restringidas a un plazo maximo de 72 horas, indicando en la fecha y hora arriba indicadas. Tiene validez, únicamente en los E.E.U.U. Amparando camiones y tractocamiones (con caja o remolque) que se interna por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.

**ITEM 7.** COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not.
C) Transportation of hazardous, radioactive or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.
**ART. 7.** LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Causticos 5. Productos Quimicos 6. Oxigeno 7. Nitrogeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavion) 10. Explosivos 11. Municiones 12. Pesticidas, Hervicidas y Sustancias Venenosas 13. Peroxidos organicos, Toxicos agudos (venenos) y agentes infecciosos radioativos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el codigo federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8.y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act. Of 1980"
D) Transitar en exceso del radio de operación contratado e indicado en este certificado

NOTA:/ NOTA: THIS CERTIFICATE IS VALID **ONLY FOR ONE TRIP** OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
ESTE CERTIFICADO DE SEGURO TENDRA VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.

THIS STATEMENT SHOULD APPEAR IN RED.
DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM.
FOR VERIFICATION PLEASE CALL
1-877-544-0945    01-800-439-2746

(FOR INTERNAL USE. M.P. ASC07-000001)

BY _____ AUTHORIZED REPRESENTATIVE

EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICIA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO

INSURED

# ENDORSEMENT FOR
# MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
# UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

Issued to __Maximo Montoya Sanchez__ of _____

Dated at __Nog-Az.__ this __8__ day of __Enero__ 20__08__

Amending Policy No. __515174__ Effective Date __Del 8 el 10 de Enero del 2008__

Name of Insurance Company __American Service Insurance Company Ins.__

Telephone Number (__877__) __544-0945__ Countersigned by __[signature]__
                                                              AUTHORIZED REPRESENTATIVE

The policy to wich this endorsement is attached provides primary insurance, for the limits shown. This insurance is primary and the company shall not be liable for amounts in excess, of $ 750,000.00 for each accident.

Whenever required by the Federal Highway Administration (FHWA) or the Interstate Commerce Commission (ICC), the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an autorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date.

Cancellation of this endorsemennt may be affected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice) and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty (30 days notice to the ICC (said 30 days notice to commence from the date the notice is received by the ICC at its office in Washington, D.C.).

## DEFINITIONS AS USED IN THIS ENDORSEMENT

ACCIDENT includes continuos or repeated exposure to conditions wich results in bodily injury, property demage, or environmental damage wich the insured neither expected nor intended.
MOTOR VEHICLE means a land vehicle, machine, truck, tractor, trailer or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.
BODILY INJURY means injury to the body, sickness, or disease to any person, including death resulting from any of these.
ENVIRONMENTAL RESTORATION means restituion for the loss, damage, or destruction of natural resources arising out of the accidente discharge, dispersal, relase or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish, and wildlife.
PROPERTY DAMAGE means damage to or loss of use of tangible property.
PUBLIC LIABLITY means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to wich this endorsement is attached provides automobile liability insurance and is amended to assure compiance by the insured, withthin the limits statedherein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules ofthe Federal Highway Administration (FHWA) and the Interstate Commerce Commision (ICC).
In consideration of the premium stated in the policy to wich this endorsement is attached, the insured (the company) agrees to pay, withtin the limits of liability described herein, any final judgement recovered against the insured for public liability resulting from negligenceinthe operation, maintence or use of motor vehicles subject to the financial responsability requeriments of Sections 29 and 30 if the Motor Carrier of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and wheter or not such negligence occurs on any route or in any territory authorized to be served by the insured in the United States. Such insurance as is afforded, for public liability, does not apply to their employment, or property transported by the insured designated as cargo. It is understood and agreed that not condition, provision, stipulation, or limitacion contained in the policy this endorsement, or any other endorsement thereon or violation thereof , shall relieve the company from liability or from the payment of any final judgement, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to wich the endorsement is attached shall remain in full force and effect as binding between the insured and the company.

The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under provisions of the policy exept for the agreement contained in this endorsement.

It is further understood and agreed that upon failure of the company to pay and final judgement creditor may maintain an action in any court of competent jurdisction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately, to each accident, and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgements resulting from any other accident.

The Motor Carrier Act. of 1980 requires limits of financial responsibility according to the type of carriage and commodity transported by the motor carrier. is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.

( FORM MCS 90 )

**Motor Vehicle Division ADOT**

ARIZONA DEPARTMENT OF TRANSPORTATION
MOTOR VEHICLE DIVISION
1225 N. 25th Avenue
Mail Drop 524M
Phoenix, AZ 85009

Permit No.  001 - 002638041

### SINGLE TRIP REGISTRATION/USE FUEL/MOTOR CARRIER

| Field | Value | Field | Value |
|---|---|---|---|
| Eff. Date/Time: | 1/8/08 2:18 PM | Exp. Date/Time: | 01/12/08 2:18 PM or upon exit from the state |
| Company/Leasee: | MONTOYA SANCHEZ MAXIMO | USDOT: | |
| Trailer Nbr: | MM02 | | |
| Unit No.: | 02 | Plate No.: | 446DU1 |
| Base State: | MX | Make: | FRHT |
| Body Style: | TT | | |
| Veh. Yr.: | 1994 | VIN: | 1FUYDCXBXRP590639 |
| No. of Axles: | 5 | GVW/GCW: | 80000 |

**Traveling From:** NOGALES

**Traveling To:** NOGALES

**Miles:** 30

**Total Miles:** 30

**Route:** LOCAL

| Fees: | |
|---|---|
| REGISTRATION | $5.00 |
| USE FUEL | $16.00 |
| MOTOR CARRIER | $12.00 |
| **Total Fees:** | **$33.00** |
| Received: K & K INTERNATIONAL LO | $33.00 |
| Total Received: | $33.00 |
| Change: | $0.00 |

**Remarks:**
Mexico-domiciled motor carriers cannot travel beyond the recognized commercial zone perimeters with this permit.

I certify that all information furnished for the purpose of securing this permit, and the weights and dimensions of the load and equipment as stated above are correct and true.

Permit Holder Signature: *Juan Carlos Lara C.*

Location: NOGALES FEDERAL POE
Issuing Agent: MARTIN MURRIETA
Agent ID: A9936
Agent Signature: *[signature]*

Total Amount: $33.00
Exempt: NO
Issued Date/Time: 1/8/2008 14:33



## Agrícola Pony, S.A. de C.V.
CARRETERA INTERNACIONAL AL NORTE KM 18-5
TEL. 761-01-70 TEL. Y FAX 761-01-71 CULIACAN, SINALOA
R.F.C. APO-950525-6M6

015093
M- 000044

**FACTURA COMERCIAL**
B N° 015093
EXPEDIDO EN CULIACAN, SIN
FECHA DE EXPEDICION
07 Ene 200_

DISTRIBUIDO POR: DELTA FRESH LLC.
DOMICILIO: 2500 NORTH SMOKEY LANE
CIUDAD: NOGALES, ARIZONA
R.F.C. CLIENTE: _____
MANIFIESTO No: _____
AGENCIA ADUANAL: LOPEZ Y ASOCIADOS   000044
CAMION: CAJA MM-02
CONDUCTOR: FREIGHTLINER 94 446 DUI
JUAN CARLOS LARA CASTELO
PLACAS: 753 WA1
Linea: MAXIMO MONTOYA SANCHEZ

| CANT. | UNIDAD | DESCRIPCION | P. UNITARIO | IMPORTE |
|---|---|---|---|---|
| 80 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 2 PALOMA | 4.00 | 320.00 |
| 400 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 3 PALOMA | 4.00 | 1,600.00 |
| 240 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 4 PALOMA | 4.00 | 960.00 |
| 50 | BULTO | ROMA TOMATOES EXTRA-LARG COLOR 5 PALOMA | 4.00 | 200.00 |
| 80 | BULTO | ROMA TOMATOES LARGE COLOR 1 PALOMA | 4.00 | 320.00 |
| 80 | BULTO | ROMA TOMATOES LARGE COLOR 2 PALOMA | 4.00 | 320.00 |
| 160 | BULTO | ROMA TOMATOES LARGE COLOR 3 PALOMA | 4.00 | 640.00 |
| 160 | BULTO | ROMA TOMATOES LARGE COLOR 4 PALOMA | 4.00 | 640.00 |
| 15 | BULTO | ROMA TOMATOES LARGE COLOR 5 PALOMA | 4.00 | 60.00 |
| 30 | BULTO | ROMA TOMATOES LARGE COLOR 6 PALOMA | 4.00 | 120.00 |
| 80 | BULTO | ROMA TOMATOES MEDIUM COLOR 2 PALOMA | 4.00 | 320.00 |
| 80 | BULTO | ROMA TOMATOES MEDIUM COLOR 3 PALOMA | 4.00 | 320.00 |
| 80 | BULTO | ROMA TOMATOES MEDIUM COLOR 4 PALOMA | 4.00 | 320.00 |
| 160 | BULTO | ROMA TOMATOES MEDIUM COLOR 5 PALOMA | 4.00 | 640.00 |
| 95 | BULTO | ROMA TOMATOES | 4.00 | 380.00 |
| 50 | BULTO | ROMA TOMATOES PALOMA | 4.00 | 200.00 |
| 1,920 | | | | |

SCAC: SMXO
CAAT: 6724
LIC. CONDUCTOR: SON0010305
FECHA DE NACIMIENTO: 03/02/1973
NUM DE PASAPORTE: 20063466840001

IMPORTE CON LETRA
(Son: SIETE MIL SEISCIENTOS OCHENTA 00/100 DOLARES US CY )

"SE SEÑALA EL PRECIO DE VENTA EXCLUSIVAMENTE PARA CUMPLIR REQUISITOS DE TRASLADO Y TRAMITES ADUANALES YA QUE LOS PRODUCTOS QUE CONTIENE ESTE DOCUMENTO SON VENDIDOS A CONSIGNACION POR EL DISTRIBUIDOR

Se descuenta de la presente factura la Cantidad de 400 c/k TOMATE
Con valor de $1,600.00 dls.
Valor de esta factura $6,080.00 dls.

| SUB TOTAL | 7,680.00 |
|---|---|
| I.V.A. | 0.00 |
| TOTAL | 7,680.00 |

APO950525GM6
AGRICOLA PONY SA DE CV

RECIBO: CONFORME

PAGO HECHO EN UNA SOLA EXHIBICION

802C
06

FROM: AGRICOLA PONY SR DE CV   PHONE NO.: 510171   Dec. 03 1999 08:66H P1

REMESA DE CONSOLIDADO

```
No PEDIMENTO...: 08-230-3875-8008020
REMESA No......: 0006
CVE PEDIMENTO..: A1
FECHA..........: 08/01/2008
HORA...........: 08:53:03
CLIENTE........: AGRICOLA PONY S.A DE C.V.
RFC (CLIENTE)..: APO9505256M6
PAIS DESTINO...: USA
CANTIDAD.......: 1,520.000
FIRMA..........: LUPX2T20
AGENTE ADUANAL.: OSCAR MENDOZA VAZQUEZ
PATENTE........: 3875-MEVO400109912
R.L............: JESUS REFUGIO LOPEZ ENCINAS
R.F.C..........: LOEJ610609LW8
FACTURA........: B 015093
FECHA FACTURA..: 07/01/2008
NUMERO CAMION..: MM-02
VALOR FACTURA..: 6,080.00
```

PRIMERA COPIA:TRANSPORTISTA

```
PRIMERA SELECCION AUTOMATIZADA M3
08/01/2008 14:01  OPER: 108-181869
PEDIMENTO: 3875-8008020/0001
Firma:     VRUJMXWYZA
NO. FACTURA:0006
   *** DESADUANAMIENTO LIBRE ***
   US DOCUMENTATION CAPTURED
      *** C U M P L I D O ***
```

CODIGOS DE BARRAS

PRE FILE-BSI00169743

AGENTE ADUANAL O APODERADO ADUANAL
   MANDATARIO/PERSONA AUTORIZADA
NOMBRE :JESUS REFUGIO LOPEZ ENCINAS
R.F.C  :LOEJ610609LW8
CURP   :LOEJ610609HSRPNS08

