**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 CV 443 |
| NAFTA GENERAL AGENCY, a Texas, Corporation, UNDERWRITERS MGA, Inc., a Texas corporation, and RAMON VILLARREAL, an individual, | ) ) ) ) ) | Judge David H. Coar |
| Defendants. | ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on February 1, 2008, at the hour of 10:00 a.m. or as soon thereafter a counsel may be heard, we shall appear before the Honorable Judge Blanche M. Manning in Room 2125 of the Everett McKinley Dirksen Building 219 S. Dearborn, Chicago, Illinois, and then and there present Plaintiff's Motion For Preliminary Injunction or, in the alternative, For Extension of the Temporary Restraining Order, at which time you may appear if you so desire.

                                        By: __/s/ Matthew P. Barrette_____
                                              One of Plaintiffs' Attorneys

Patrick M. Hincks
Desmond P. Curran
Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523
Ph.: (630) 573-5021
Fax: (630) 573-5130
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Matthew P. Barrette, an attorney, certify that I served the attached Notice and Motion for Preliminary Injunction upon the parties named on the service list below via facsimile, where specified, and by depositing same in the U.P.S. collection box at 120 W. 22nd Street, Oak Brook, Illinois for overnight delivery before 4:00 p.m. on January 28, 2008, with proper postage prepaid and properly addressed.

/s/ Matthew P. Barrette            .

**SERVICE LIST**

NAFTA General Agency, Inc.
594 Jose Marti Blvd.
Brownsville, TX 78526
Attn: Daniel Hernandez

Underwriters MGA, Inc.
3206 N. Bryan
Mission, TX 78572
Attn:   Ramon Villarreal

David N. Calvillo, Esq.
Calvillo Law Firm
711 Nolana Loop, Suite 105
McAllen, TX 78504
Fax:  (956) 664-1005

Anthony P. Troiani, P.C.
700 Paredes Avenue, Suite 107
Brownsville, TX 78521
Fax: (956) 541-9174