# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                      Case Number: 08 CV 443

AMERICAN SERVICE INSURANCE CO.,
                                              Plaintiff,
    -vs-
NAFTA GENERAL AGENCY, UNDERWRITERS
MGA, INC. and RAMON VILLARREAL,        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS NAFTA GENERAL AGENCY, UNDERWRITERS MGA, INC. and RAMON VILLAREAL

| | |
|---|---|
| NAME (Type or print) <br> Michael J. Scotti, III | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael J. Scotti, III | |
| FIRM <br> FREEBORN & PETERS LLP | |
| STREET ADDRESS <br> 311 S. Wacker Drive, Suite 3000 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6205868 | TELEPHONE NUMBER <br> 312-360-6374 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |