## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

American Service Insurance Company
                                              Plaintiff,

v.                                                                 Case No.: 1:08−cv−00443
                                                                 Honorable David H. Coar

NAFTA General Agency, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

      MINUTE entry before Judge Blanche M. Manning : On January 22, 2008, Judge Coar held a hearing, entered a temporary restraining order ("TRO"), and set the plaintiff's motion for a hearing on its motion for a preliminary injunction [18] before this court (the emergency judge) on Friday, February 1, 2008 at 10:00 a.m. The ten−day TRO expires on February 1, 2008. Judge Coar will be out of the office on February 1st and is returning Monday, February 4, 2008. This matter is hereby set for hearing before this court on January 31, 2008, at 1:00 p.m. At this time, the parties should be prepared to address the propriety of extending the existing temporary restraining order for an additional three days (i.e., until February 4th when Judge Coar returns). Barring agreement of the parties to extend the TRO beyond February 4th, the defendant's response to the motion for preliminary injunction is due by no later than Friday, February 1, 2008, at 12:00 noon.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.