U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 443 |

AMERICAN SERVICE INSURANCE,           Plaintiff,
     v.
NAFTA GENERAL AGENCY; UNDERWRITERS
MGA, INC.; and RAMON VILLARREAL,           Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NAFTA GENERAL AGENCY, a Texas Corporation;
UNDERWRITERS MGA, INC., a Texas Corporation; and
RAMON VILLARREAL

| NAME (Type or print) |
|---|
| Paul A. Duffy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ [signature] |
| FIRM |
| FREEBORN & PETERS LLP |
| STREET ADDRESS |
| 311 S. Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP |
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210496 | (312) 360-6423 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐