IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, <br><br> Plaintiff, <br><br> v. <br><br> NAFTA GENERAL AGENCY, a Texas corporation, UNDERWRITERS MGA, INC., a Texas corporation, and RAMON VILLARREAL, an individual, <br><br> Defendants. | Case No.: 08 C 443 <br><br> Judge Coar <br> Magistrate Judge Keys |

## DEFENDANTS' MOTION TO DISMISS OR STAY THIS PROCEEDING

Defendants, NAFTA GENERAL AGENCY, UNDERWRITERS MGA, INC. and RAMON VILLAREAL, by and through its attorneys, Michael J. Scotti, III, and Paul A. Duffy and pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss this action because this Court is the improper venue for it. In support of its Motion, Defendants submit the accompanying Memorandum of Law which is incorporated into this Motion as though fully set forth herein, and state as follows:

1. The issues and parties in this case are virtually identical to those that are being litigated in two previously-filed lawsuits that are currently pending in the U.S. District Court for the Southern District of Texas (collectively the "Texas Actions"), which were initiated before Plaintiff filed this action. That Court, and not this one, is the proper venue.

2. As Plaintiff has acknowledged in its pleadings, it is actively participating in the Texas Actions. The day after the Court granted Plaintiff's request for a temporary restraining order ("TRO") on January 22, Plaintiff removed one of the Texas Actions to the U.S. District

1472979v1

Court for the Southern District of Texas; it removed the other Texas Action to a different court in the same district two days later.

3. In each of its notices of removal, Plaintiff acknowledged that **"venue is appropriate"** in the Southern District of Texas for the action. Additionally, Plaintiff's decision to remove the action to Federal Court was a clear violation of this Court's TRO, which barred the parties from "filing or instituting any new legal proceedings or action in any court or other forum concerning the parties' rights and remedies."

4. For all of those reasons, this Court should dismiss this entire proceeding, and deny the Plaintiff's Motion For Preliminary Injunction Or, In The Alternative, To Extent The Temporary Restraining Order," because venue is improper in this Court. As Plaintiff has admitted, the U.S. District Court for the Southern District of Texas is the proper venue as a consequence of the previously-filed Texas Actions. In the alternative, the Court should stay this litigation pending the outcome of the Texas Actions.

WHEREFORE, for the foregoing reasons, Defendants, NAFTA GENERAL AGENCY, UNDERWRITERS MGA, INC. and RAMON VILLARREAL, respectfully requests that this Court enter an order dismissing Plaintiff's Complaint; denying Plaintiff's Motion For Preliminary Injunction Or, In The Alternative, To Extent The Temporary Restraining Order; and

to grant them any and all other and further relief that this Court deems to be reasonable and appropriate.

        Respectfully submitted,

        NAFTA GENERAL AGENCY;
        UNDERWRITERS MGA, INC.; and RAMON
        VILLARREAL, Defendants,


        _____/s/ Paul A. Duffy_____
        One of their attorneys

Michael J. Scott, III #6205868
Paul A. Duffy #6210496
**FREEBORN & PETERS LLP**
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000
Dated: January 30, 2008

1472979v1