## CERTIFICATE OF SERVICE

The undersigned certifies that he served Defendants' **MOTION TO DISMISS OR STAY THIS PROCEEDING** and **MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR STAY THIS PROCEEDING**, via the United States District Court, Northern District of Illinois, Eastern Division, ECF filing system, on January 30, 2008 to the parties set forth below:

>Patrick M. Hincks
>Desmond Patrick Curran
>Matthew P. Barrette
>Sullivan Hinks & Conway
>120 W. 22nd Street, Suite 100
>Oak Brook, IL 60523
>(630) 573-5021

                                                           s/ Paul A. Duffy

1471868v3