IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NAFTA GENERAL AGENCY, a Texas corporation, UNDERWRITERS MGA, INC., a Texas corporation, and RAMON VILLARREAL, an individual,  )<br>)<br>)<br>)<br>)<br>Defendants.  ) | Case No.: 08 C 443<br><br>Judge Coar<br>Magistrate Judge Keys |

### NOTICE OF MOTION

TO:   SEE ATTACHED CERTIFICATE OF SERVICE.

**PLEASE TAKE NOTICE** on the 31st day of January, 2008 at 1:00 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, sitting as Emergency Judge, or whomever may be sitting in her place and stead as Emergency Judge, in Room 2125 of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' **MOTION TO DISMISS OR STAY THIS PROCEEDING** and **MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR STAY THIS PROCEEDING,** copies of which are attached hereto and hereby served upon you.

                         Respectfully submitted,

                         NAFTA GENERAL AGENCY,
                         UNDERWRITERS MGA, INC. and
                         RAMON VILLAREAL, Defendants


                         By:   s/ Paul A. Duffy
                                 One of Their Attorneys

Michael J. Scotti, III  #6205868
Paul A. Duffy   #6210496
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois   60606
(312) 360-6000

Dated: January 30, 2008

1404119