IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 08 CV 443 |
| NAFTA GENERAL AGENCY, a Texas, Corporation, UNDERWRITERS MGA, Inc., a Texas corporation, and RAMON VILLARREAL, an individual, ) ) ) ) ) ) | Judge David H. Coar |
| Defendants. ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on February 4, 2008, I caused to be electronically filed Plaintiff's Response in Opposition to Defendants' Motion to Dismiss or Stay with the Clerk of the District Court for the Northern District of Illinois via the ECF Filing System, which will serve a copy of this Notice and Response to all counsel of record.

By: __/s/ Matthew P. Barrette_____
One of Plaintiffs' Attorneys

Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523
Ph.: (630) 573-5021
Fax: (630) 573-5130
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Matthew P. Barrette, an attorney, certify that I served the attached Notice and Response upon the parties listed below by facsimile before 9:00 a.m. on February 4, 2008, with proper postage prepaid and properly addressed.

/s/ Matthew P. Barrette_____.

Michael J. Scotti, III
Paul A. Duffy
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606