# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Blanche M. Manning |
|---|---|---|---|
| **CASE NUMBER** | 08 C 443 | **DATE** | 1/31/2008 |
| **CASE TITLE** | American Service Insurance Co. Vs. NAFTA General Agency, et al. | | |

**DOCKET ENTRY TEXT**

Emergency motion hearing held. Pursuant to Rule 65(b) and after balancing the temporary restraining order ("TRO") factors, the court finds that good cause exists for extending the TRO entered by Judge Coar. The TRO is hereby extended for three additional days (up to and including February 4, 2008). The plaintiff's motion for a hearing on its motion for a preliminary injunction [18] is entered and continued to February 4, 2008, at 10:00 a.m. before Judge Coar. As previously ordered, the defendant's response to the motion for preliminary injunction is due by no later than February 1, 2008, at 12:00 noon. The plaintiff's response to the defendant's motion to dismiss or stay [23] is due by no later than February 4, 2008, at 9:00 a.m. Although the defendant noticed its motion to dismiss or stay for presentment before this court on February 1, 2008, no appearance will be necessary. Enter Order Extending Temporary Restraining Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:35

| | Courtroom Deputy Initials: | rs |
|---|---|---|