**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
**Eastern Division**

American Service Insurance Company
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−00443
                                        Honorable David H. Coar

NAFTA General Agency, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 4, 2008:

    MINUTE entry before Judge David H. Coar : Motion hearing held on 2/4/2008 regarding motion for temporary restraining order, motion for preliminary injunction[9], motion to dismiss[23], motion for preliminary injunction[18]. For the reasons stated on the record, the Motion to dismiss [23] is denied. Parties to submit agreed order as detailed on the record. Motion for preliminary injunction [9] is terminated; Motion for preliminary injunction [18] is terminated; Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.