IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, <br><br> Plaintiff, <br><br> v. <br><br> NAFTA GENERAL AGENCY, UNDERWRITERS MGA, INC., and RAMON VILLARREAL, <br><br> Defendants. | Case No. 08 CV 443 |

**DECLARATION OF STEPHEN BOSY**

I, STEPHEN BOSY, pursuant to 28 USC § 1746, do hereby declare under penalty of perjury that the following statement is true and correct and if called upon to testify, my testimony would be as follows:

1. I am of legal age and under no legal disability to testify in the above-captioned proceeding, and the following declarations are made upon my own personal knowledge.

2. I am Vice-President of Plaintiff, American Service Insurance Company ("ASI"), an Illinois insurance company with its principal place of business located in Elk Grove Village, Illinois, and I am authorized by ASI to submit this Declaration.

3. Attached hereto as Exhibit "A" are true and correct copies of ten (10) certificates of insurance I received from the Federal Motor Carrier Safety Administration via facsimile on February 5, 2008 at approximately 9:09 a.m. reflecting ASI's name at the top. Each certificate of insurance represents that it was issued on January 23, 2008 and each contains the signature of Daniel Hernandez. I am familiar with the signature of

1

Daniel Hernandez because Mr. Hernandez signed the Program Manager Agreement between ASI and NAFTA General Agency in his stated capacity as Director of Operations.

4. Attached hereto as Exhibit "B" are true and correct copies of two (2) certificates of insurance I received from the Federal Motor Carrier Safety Administration via facsimile on February 5, 2008 at approximately 9:09 a.m. reflecting ASI's name at the top. Each certificate of insurance represents that it was issued on January 23, 2008.

5. Attached hereto as Exhibit "C" is a true and correct copy of a certificate of insurance I received from the Federal Motor Carrier Safety Administration via facsimile on February 5, 2008 at approximately 9:09 a.m. reflecting ASI's name at the top. The certificate of insurance represents that it was issued on January 24, 2008 and contains the signature of Daniel Hernandez.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2008.

_____
Stephen Bosy

OFFICIAL SEAL
KIMBERLY A MEIER
Notary Public - State of Illinois
My Commission Expires Dec 27, 2011

2

# EXHIBIT A

**EXHIBIT A**

# CERTIFICATE OF INSURANCE

**AGENT No.:**
**No. AGENTE:** _____

**AMERICAN SERVICE INSURANCE COMPANY INC.**

**NAFTA**

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTARA:
**NAFTA** GENERAL AGENCY, INC.
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

This Certificate forms a part of Master Policy Number:
*Este Certificado forma parte de la póliza Maestra Número:*

**Master Policy Number ASC08N-000001**

Policy / Cert Number:
*Póliza / Cert. Número:* **ASC08N 001434**

Issued to: / *expedida a:* **A R I M E X**

**IMPORTANT NOTICE:** The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
**NOTA IMPORTANTE:** *La declaración de la información solicitada es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora*

**ITEM 1.** POLICY PERIOD / *ART 2: PERIODO DE LA POLIZA*

| DATE: *FECHA:* | ENERO | 23 | 2008 | AT *A LAS* | A.M. | 4:15 P.M. |
|---|---|---|---|---|---|---|
| | MONTH / *MES* | DAY / *DIA* | YEAR / *AÑO* | | | |

**ITEM 2.** NAME OF INSURED    **LOPEZ GONZALEZ RIGOBERTO**
**ART.2** *NOMBRE DEL ASEGURADO*

ADDRESS: *DIRECCION:*    **CULIACAN, SINALOA**

PORT OF ENTRY: *PUERTO DE ENTRADA:*    **NOGALES ARIZONA**

COMMODITIES HAULED *TIPO DE CARGA*

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.

*ART. 3. Las coberturas amparadas en este certificado de seguro, son especificamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.*

**IMPORTANT NOTICE:** A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
*NOTA IMPORTANTE: A. La omisión en la fecha/hora de inicio o término de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura. B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.*

| COVERAGES / *COBERTURAS* | LIMIT OF LIABILITY *LIMITE DE RESPONSABILIDAD CIVIL* | PREMIUM *PRIMA* |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY *RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS* | $ 750,000.00 COMBINED SINGLE LIMIT *LIMITE UNICO Y COMBINADO* | INCLUDED *INCLUIDO* |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / *ART. 4 DESCRIPCION DEL AUTO AMPARADO*
Includes policy fee / *incluye derecho de póliza*    PAG. TOTAL CHOFER 110.00

| YEAR *AÑO* | TRADE NAME / MODEL *MARCA / MODELO* | LICENSE PLATES *PLACAS* | MOTOR OR SERIAL No. *NUMERO DE SERIE / MOTOR* |
|---|---|---|---|
| 1976 | KENWORTH | 809CE5    CG-4 | 152354S |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as emended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.

*ART. 5. La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.*

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. **COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.**

*ART. 6. Las coberturas amparadas están restringidas a un plazo máximo de 72 horas, indicando en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, unicamente en los E.E.U.U. Amparando camiones y tracto-camiones (con caja o remolque) que se internan por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.*

**ITEM 7.** "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not.
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.

*ART. 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES: A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Causticos 5. Productos Químicos 6. Oxigeno 7. Nitrogeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavión) 10. Explosivos 11. Municiones 12. Pesticidas, Hervicidas y Sustancias Venenosas 13. Peroxidos orgánicos, Toxicos agudos (venenos) y agentes infecciosos radioactivos y corrosivos. B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no. C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el codigo federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act. Of 1980" D) Transitar en exceso del radio de operación contratado e indicado en este certificado.*

NOTA / NOTE: **THIS CERTIFICATE IS VALID ONLY FOR ONE TRIP OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.** *ESTE CERTIFICADO DE SEGURO TENDRA VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.*

THIS STATEMENT SHOULD APPEAR IN RED.
DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL
1-866-789-1785      01-800-552-7770
RV. 10/31/07
**INSURED**

(FOR INTERNAL USE. M.P. ASC08N-000001)

BY: _____
AUTHORIZED REPRESENTATIVE

EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICIA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO

THIS CERTIFICATE OF INSURANCE WILL NOT BE ABLE TO BE SOLD AFTER 01/09/2008
*ESTE CERTIFICADO NO PODRA SER VENDIDO DESPUES DEL 01/09/2008*

| AGENT No.: | CERTIFICATE OF INSURANCE | IN CASE OF ACCIDENT PLEASE |
|---|---|---|
| No. AGENTE: | | REPORT TO: EN CASO DE ACCIDENTE FAVOR DE REPORTAR A: |

**AMERICAN SERVICE INSURANCE COMPANY INC.**

NAFTA

NAFTA GENERAL AGENCY, INC.
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

This Certificate forms a part of Master Policy Number:
Este Certificado forma parte de la póliza Maestro Número:

Master Policy Number ASC08N-000001
Inssued to: / expedida a:  ARIMEX

Policy / Cert Number:
Póliza / Cert. Número:  ASC08N 001432

**IMPORTANT NOTICE:** The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
**NOTA IMPORTANTE:** La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora

ITEM 1. POLICY PERIOD / ART.2: PERIODO DE LA POLIZA

| DATE: FECHA: | ENERO / 23 / 2008 | AT A LAS | A.M.  3:10  P.M. |
|---|---|---|---|
| | MONTH / MES  DAY / DIA  YEAR / AÑO | | |

ITEM 2. NAME OF INSURED
ART.2. NOMBRE DEL ASEGURADO:  PEREZ CARRILLO JESUS PEDRO

ADDRESS:
DIRECCION:  CULIACAN, SINALOA

PORT OF ENTRY:
PUERTO DE ENTRADA:  NOGALES ARIZONA

COMMODITIES HAULED
TIPO DE CARGA

ITEM 3. The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.

ART. 3. Las coberturas amparadas en este certificado de seguro, son especificamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.

**IMPORTANT NOTICE:** A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.

**NOTA IMPORTANTE:** A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehiculo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.

| COVERAGES / COBERTURAS | LIMIT OF LIABILITY LIMITE DE RESPONSABILIDAD CIVIL | PREMIUM PRIMA |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS | $ 750,000.00 COMBINED SINGLE LIMIT LIMITE UNICO Y COMBINADO | INCLUDED INCLUIDO |

ITEM 4. DESCRIPTION OF COVERED AUTO / ART. 4 DESCRIPCION DEL AUTO AMPARADO
Includes policy fee / incluye derecho de póliza

PAG. X EL CHOFER   TOTAL $ 110.00

| YEAR AÑO | TRADE NAME / MODEL MARCA / MODELO | LICENSE PLATES PLACAS | MOTOR OR SERIAL No. NUMERO DE SERIE / MOTOR |
|---|---|---|---|
| 1994 | FREIGHTLINER | 859DH2  TPC-50 | 1FUPBZYB7RP426062 |

ITEM 5. The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as amended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.

ART. 5. La cobertura total que amparo este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.

ITEM 6. Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A. For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.

ART. 6. Las coberturas amparadas están restringidas a un plazo máximo de 72 horas, indicando en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tractocamiones (con caja o remolque) que se interna por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA ÚNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.

ITEM 7. COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not..
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.

ART. 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Caústicos 5. Productos Quimicos 6. Oxígeno 7. Nitrogeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavión) 10. Explosivos 11. Municiones 12. Pesticidas, Herbicidas y Sustancias Venenosas 13. Peroxidos organicos, Toxicos agudos (venenos) y agentes infecciosos radioativos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el codigo federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act, Of 1980"
D) Transitar en exceso del radio de operación contratado e indicado en este certificado

NOTA: / NOTA: THIS CERTIFICATE IS VALID ONLY FOR ONE TRIP OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
ESTE CERTIFICADO DE SEGURO TENDRÁ VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.

| THIS STATEMENT SHOULD APPEAR IN RED. DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL 1-866-789-1785    01-800-552-7770 | (FOR INTERNAL USE. M.P. ASC08N-000001) BY. _____ AUTHORIZED REPRESENTATIVE | EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO |

RV. 10/31/07
INSURED

THIS CERTIFICATE OF INSURANCE WILL NOT BE ABLE TO BE SOLD AFTER 01/08/2008

| AGENT No.: | CERTIFICATE OF INSURANCE | IN CASE OF ACCIDENT PLEASE REPORT TO: |
|---|---|---|
| No. AGENTE: | | EN CASO DE ACCIDENTE FAVOR DE REPORTAR A: |

**AMERICAN SERVICE INSURANCE COMPANY INC.**



**NAFTA**
GENERAL AGENCY, INC.
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

This Certificate forms a part of Master Policy Number:
*Este Certificado forma parte de la póliza Maestra Número:*

Policy / Cert Number:
*Póliza / Cert. Número:* **ASC08N 001430**

Master Policy Number **ASC08N-000001**
Inssued to: / *expedida a:*   **A R I M E X**

IMPORTANT NOTICE: The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
*NOTA IMPORTANTE: La declaración de la información solicitada es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora*

**ITEM 1.** POLICY PERIOD / *ART. 1: PERIODO DE LA POLIZA*

| DATE: / FECHA: | ENERO | / | 23 | / | 2008 | AT A LAS | | A.M. | 2:35 | P.M. |
|---|---|---|---|---|---|---|---|---|---|---|
| | MONTH/MES | | DAY/DIA | | YEAR/AÑO | | | | | |

**ITEM 2.** NAME OF INSURED
*ART. 2. NOMBRE DEL ASEGURADO*          **LOPEZ GONZALEZ RIGOBERTO**

ADDRESS: / *DIRECCION:*           **CULIACAN, SINALOA**

PORT OF ENTRY: / *PUERTO DE ENTRADA:*     **NOGALES ARIZONA**      COMMODITIES HAULED / *TIPO DE CARGA*

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.
*ART. 3. Las coberturas amparadas en este certificado de seguro, son especificamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.*

**IMPORTANT NOTICE:** A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
*NOTA IMPORTANTE: A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.*

| COVERAGES / COBERTURAS | LIMIT OF LIABILITY / LIMITE DE RESPONSABILIDAD CIVIL | PREMIUM / PRIMA |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY *RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS* | $ 750,000.00 COMBINED SINGLE LIMIT *LIMITE UNICO Y COMBINADO* | INCLUDED *INCLUIDO* |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / *ART. 4 DESCRIPCION DEL AUTO AMPARADO*
Includes policy fee / *incluye derecho de póliza*          PAG. TOTAL X EL CHOFER 110.00

| YEAR / AÑO | TRADE NAME / MODEL *MARCA / MODELO* | LICENSE PLATES *PLACAS* | MOTOR OR SERIAL No. *NUMERO DE SERIE / MOTOR* |
|---|---|---|---|
| 2000 | KENWORTH | 216DA1   CG-17 | 3WKDD60X1F509213 |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as emended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.
*ART. 5. La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.*

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. **COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.**
*ART. 6. Las coberturas amparadas están restringidas a un plazo maximo de 72 horas, indicadas en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tracto-camiones (con caja o remolque) que se interna por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA ÚNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.*

**ITEM 7.** "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not..
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.
*ART. 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehiculos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Causticos 5. Productos Quimicos 6. Oxigeno 7. Nitrogeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavión) 10. Explosivos 11. Municiones 12. Pesticidas, Hervicidas y Sustancias Venenosas 13. Peroxidos organicos, Toxicos agudos (venenos) y agentes infecciosos radioactivos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el codigo federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 173.101 del "Motor Carrier Act. Of 1980"
D) Transitar en exceso del radio de operación contratado e indicado en este certificado.*

NOTA: / *NOTA:* THIS CERTIFICATE IS VALID **ONLY FOR ONE TRIP** OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
*ESTE CERTIFICADO DE SEGURO TENDRÁ VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.*

| THIS STATEMENT SHOULD APPEAR IN RED. DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL 1-866-789-1785    01-800-552-7770 | (FOR INTERNAL USE, M.P. ASC08N-000001) BY _____ AUTHORIZED REPRESENTATIVE | EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO |

RV. 10/31/07
INSURED

THIS CERTIFICATE OF INSURANCE WILL NOT BE ABLE TO BE SOLD AFTER 01/08/2008

# CERTIFICATE OF INSURANCE



IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTAR A:

**NAFTA**
GENERAL AGENCY, INC.
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

**AMERICAN SERVICE INSURANCE COMPANY INC.**

This Certificate forms a part of Master Policy Number:
*Este Certificado forma parte de la póliza Maestra Número:*

Policy / Cert Number:
*Póliza / Cert. Número:*   **ASC08N 002082**

**Master Policy Number ASC08N-000001**
Issued to: / *expedida a:*   **A R I M E X**

IMPORTANT NOTICE: The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
*NOTA IMPORTANTE: La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora*

**ITEM 1.** POLICY PERIOD / *ART 1: PERIODO DE LA POLIZA*

DATE: / FECHA:   Enero / 23 / 2008   MONTH/MES  DAY/DIA  YEAR/AÑO   AT / A LAS   A.M.  03:1✗M 00 p.

**ITEM 2.** NAME OF INSURED / ART.2. *NOMBRE DEL ASEGURADO*   **ALMA GEORGINA ZAZUETA LOPEZ**

ADDRESS: / *DIRECCION:*   **CULIACAN, SINALOA**

PORT OF ENTRY: / *PUERTO DE ENTRADA:*   **NOGALES, AZ.**   COMMODITIES HAULED / *TIPO DE CARGA*   **LEGUMBRE**

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below, and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.   **PAGADO POR EL OPERADOR**

*ART. 3. Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.*

IMPORTANT NOTICE: A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
*NOTA IMPORTANTE: A. La omisión en la fecha/hora de inicio o término de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.*

| COVERAGES / *COBERTURAS* | LIMIT OF LIABILITY / *LIMITE DE RESPONSABILIDAD CIVIL* | PREMIUM / *PRIMA* |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY / *RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS* | $ 750,000.00 COMBINED SINGLE LIMIT / *LIMITE UNICO Y COMBINADO* | INCLUDED / *INCLUIDO* |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / *ART. 4 DESCRIPCION DEL AUTO AMPARADO*   Includes policy fee / *incluye derecho de póliza*   TOTAL   **$ 10.00**

| YEAR / AÑO | TRADE NAME / MODEL / *MARCA / MODELO* | LICENSE PLATES / *PLACAS* | MOTOR OR SERIAL No. / *NUMERO DE SERIE / MOTOR* |
|---|---|---|---|
| 2000 | FREIGHTLINER | 470DW2  CHR 50 | 3AKYDDYEXYDH02121 |

CUALQUIER CONDUCTOR MAYOR DE 21 AÑOS, MENOR DE 70 AÑOS CON LICENCIA MEXICANA VIGENTE.

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as emended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.
*ART. 5. La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de Julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.*

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A. For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.
*ART. 6. Las coberturas amparadas están restringidas a un plazo máximo de 72 horas, indicando en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tracto-camiones (con caja o remolque) que se internan por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.*

**ITEM 7.** "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as:
1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily injury or death to any passengers whether authorized or not..
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.
*ART. 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Cáusticos 5. Productos Químicos 6. Oxígeno 7. Nitrógeno 8. Alcohol y sus Derivados 9. Gasolina de Avión (Gasavión) 10. Explosivos 11. Municiones 12. Pesticidas, Herbicidas y Sustancias Venenosas 13. Peróxidos orgánicos, Tóxicos agudos (venenos) y agentes infecciosos radioactivos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el código federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act. Of 1980".
D) Transitar en exceso del radio de operación contratado e indicado en este certificado.*

NOTA: / NOTA: THIS CERTIFICATE IS VALID ONLY FOR ONE TRIP OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
*ESTE CERTIFICADO DE SEGURO TENDRA VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.*

| THIS STATEMENT SHOULD APPEAR IN RED. DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL 1-866-789-1785      01-800-552-7770 | (FOR INTERNAL USE. M.P. ASC08N-000001) BY: *[signature]* AUTHORIZED REPRESENTATIVE | EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICIA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO |

RV. 10/31/07
INSURED

THIS CERTIFICATE OF INSURANCE WILL NOT BE ABLE TO BE SOLD AFTER 01/08/2008
*ESTE CERTIFICADO NO PODRA SER VENDIDO DESPUES DEL 01/08/2008*

AGENT No.:
No. AGENTE: _____

**CERTIFICATE OF INSURANCE**

**NAFTA**

**AMERICAN SERVICE INSURANCE COMPANY INC.**

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE, FAVOR DE REPORTAR A:
**NAFTA**
GENERAL AGENCY, INC.
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

This Certificate forms a part of Master Policy Number:
*Este Certificado forma parte de la póliza Maestra Número:*

Master Policy Number ASC08N-000001
Issued to: / expedida a:   A R I M E X

Policy / Cert Number:
*Póliza / Cert. Número:*   ASC08N 000918

**IMPORTANT NOTICE:** The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
*NOTA IMPORTANTE: La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora*

**ITEM 1.** POLICY PERIOD / ART 2: PERIODO DE LA POLIZA

| DATE: FECHA: | ENERO MONTH/MES | / | 23 DAY/DIA | / | 2008 YEAR/AÑO | AT A LAS | 10.- | A.M. | P.M. |

**ITEM 2.** NAME OF INSURED
ART 2.  *NOMBRE DEL ASEGURADO*    OSCAR ENRIQUE SALDANA MENDIVIL

ADDRESS:
*DIRECCION:*    NOGALES SONORA

PORT OF ENTRY:   NOGALES ARIZONA     COMMODITIES HAULED
*PUERTO DE ENTRADA:*                 *TIPO DE CARGA*

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.
*ART 3. Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.*

**IMPORTANT NOTICE:** A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
*NOTA IMPORTANTE: A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.*

| COVERAGES / *COBERTURAS* | LIMIT OF LIABILITY *LIMITE DE RESPONSABILIDAD CIVIL* | PREMIUM *PRIMA* |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY *RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS* | $ 750,000.00 COMBINED SINGLE LIMIT *LIMITE UNICO Y COMBINADO* | INCLUDED *INCLUIDO* |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / *ART. 4 DESCRIPCION DEL AUTO AMPARADO*
Includes policy fee / *incluye derecho de póliza*    TOTAL  PAGADO POR EL OPERADOR  $110.00

| YEAR *AÑO* | TRADE NAME / MODEL *MARCA / MODELO* | LICENSE PLATES *PLACAS* | MOTOR OR SERIAL No. *NUMERO DE SERIE / MOTOR* |
|---|---|---|---|
| 1994 | FREIGHTLINER | 1TF702 | 2FUYDSYB0RA462724 |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as amended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.
*ART 5. La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de Julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.*

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.
*ART. 6. Las coberturas amparadas están restringidas a un plazo máximo de 72 horas, indicando en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tracto-camiones (con caja o remolque) que se interna por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA ÚNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.*

**ITEM 7.** "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as:
1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not.
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.
*ART 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehículos el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Cáusticos 5. Productos Químicos 6. Oxígeno 7. Nitrógeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavion) 10. Explosivos 11. Municiones 12. Pesticidas, Herbicidas y Sustancias Venenosas 13. Peroxidos orgánicos, Toxicos agudos (venenos) y agentes infecciosos radioactivos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el código federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act. Of 1980"
D) Transitar en exceso del radio de operación contratado e indicado en este certificado.*

NOTA: / NOTA: THIS CERTIFICATE IS VALID ONLY FOR ONE TRIP OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
*ESTE CERTIFICADO DE SEGURO TENDRÁ VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.*

| THIS STATEMENT SHOULD APPEAR IN RED. DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL 1-866-789-1785     01-800-552-7770 | (FOR INTERNAL USE. M.P. ASC08N-000001) BY _____ AUTHORIZED REPRESENTATIVE | EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO |

RV. 10/31/07
INSURED

THIS CERTIFICATE OF INSURANCE WILL NOT BE ABLE TO BE SOLD AFTER 01/08/2008
*ESTE CERTIFICADO NO PODRA SER VENDIDO...*

AGENT No.:
No. AGENTE: _____

**CERTIFICATE OF INSURANCE**

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTAR A:

**AMERICAN SERVICE INSURANCE COMPANY INC.**

**NAFTA** GENERAL AGENCY, INC.

NAFTA GENERAL AGENCY, INC.
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

This Certificate forms a part of Master Policy Number:
*Este Certificado forma parte de la póliza Maestra Número:*

Policy / Cert Number:
*Póliza / Cert. Número:*   **ASC08N 001566**

Master Policy Number ASC08N-000001
Inssued to: / expedida a:   **A R I M E X**

IMPORTANT NOTICE: The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
NOTA IMPORTANTE: *La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora*

ITEM 1. POLICY PERIOD / ART 2: PERIODO DE LA POLIZA

DATE:         Enero     /   23   /   2008          AT
FECHA:       MONTH/MES  DAY/DIA  YEAR/AÑO         A LAS      02:45 p.m.     A.M.  P.M.

ITEM 2. NAME OF INSURED
ART. 2. *NOMBRE DEL ASEGURADO*         LUCIA ELENA CASTRO LOPEZ

ADDRESS:
*DIRECCION:* _____

PORT OF ENTRY:                                    COMMODITIES HAULED
*PUERTO DE ENTRADA:* NOGALES, ARIZONA             *TIPO DE CARGA* _____

ITEM 3. The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.     PAGADO POR CONDUCTOR

ART. 3. *Las coberturas amparadas en este certificado de seguro, son especificamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.*

IMPORTANT NOTICE: A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
NOTA IMPORTANTE: *A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.*

| COVERAGES / *COBERTURAS* | LIMIT OF LIABILITY / *LIMITE DE RESPONSABILIDAD CIVIL* | PREMIUM / *PRIMA* |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY / *RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS* | $ 750,000.00 COMBINED SINGLE LIMIT / *LIMITE UNICO Y COMBINADO* | INCLUDED / *INCLUIDO* |

ITEM 4. DESCRIPTION OF COVERED AUTO / *ART. 4 DESCRIPCION DEL AUTO AMPARADO*     TOTAL  $ $10.00
Includes policy fee / *incluye derecho de póliza*

| YEAR / *AÑO* | TRADE NAME / MODEL / *MARCA / MODELO* | LICENSE PLATES / *PLACAS* | MOTOR OR SERIAL No. / *NUMERO DE SERIE / MOTOR* |
|---|---|---|---|
| 1993 | KENWORTH  TRC-11 | 731CW6 | 1XKADR9X1PS581721 |

ITEM 5. The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as emended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.

ART. 5. *La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de Julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.*

ITEM 6. Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.

ART. 6. *Las coberturas amparadas están restringidas a un plazo maximo de 72 horas, indicando en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tractocamiones (con caja o remolque) que se interna por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.*

ITEM 7. "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not..
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.

ART. 7. *LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Caústicos 5. Productos Químicos 6. Oxígeno 7. Nitrógeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavion) 10. Explosivos 11. Municiones 12. Pesticidas, Hervicidas y Sustancias Venenosas 13. Peróxidos organicos, Toxicos agudos (venenos) y agentes infecciosos radioactivos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el codigo federal de regulaciones del transporte de los E.E.U.U. (CFR) 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act. Of 1980"
D) Transitar en exceso del radio de operación contratado e indicado en este certificado.*

NOTA:/ NOTA: THIS CERTIFICATE IS VALID ONLY FOR ONE TRIP OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
*ESTE CERTIFICADO DE SEGURO TENDRA VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.*

THIS STATEMENT SHOULD APPEAR IN RED.
DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL
1-866-789-1785        01-800-552-7770
RV. 10/31/07
INSURED

(FOR INTERNAL USE. M.P. ASC08N-000001)

BY: _____
AUTHORIZED REPRESENTATIVE

EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO

THIS CERTIFICATE OF INSURANCE WILL NOT BE ABLE TO BE SOLD AFTER 01/08/2008
*ESTE CERTIFICADO NO PODRA SER VENDIDO DESPUES DEL 01/08/2008*

# CERTIFICATE OF INSURANCE

**AGENT No.:**
**No. AGENTE:** _____

**AMERICAN SERVICE INSURANCE COMPANY INC.**

NAFTA GENERAL AGENCY, INC.

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTAR A:
NAFTA GENERAL AGENCY, INC.
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

This Certificate forms a part of Master Policy Number:
*Este Certificado forma parte de la póliza Maestra Número:*

Policy / Cert Number: **ASC08N 000069**
*Póliza / Cert. Número:*

**Master Policy Number ASC08N-000001**
Insured to: / expedida a:  **A R I M E X**

**IMPORTANT NOTICE:** The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
**NOTA IMPORTANTE:** *La declaración de la información solicitada es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora*

**ITEM 1.** POLICY PERIOD / *ART 1: PERIODO DE LA POLIZA*

DATE: ENERO / 23 / 2008    AT ALAS ___ A.M. 2.— P.M.
FECHA:   MONTH/MES  DAY/DIA  YEAR/AÑO

**ITEM 2.** NAME OF INSURED / *ART.2. NOMBRE DEL ASEGURADO*: PAYAN GASTELUM ALMA NUEMI

ADDRESS / *DIRECCION*: CULIACAN SINALOA

PORT OF ENTRY / *PUERTO DE ENTRADA*: NOGALES ARIZONA
COMMODITIES HAULED / *TIPO DE CARGA*: HORTALIZAS

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.
*ART. 3. Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El limite máximo de responsabilidad civil que provee la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente del vehículo descrito en el Articulo 4 de este mismo certificado.*

**IMPORTANT NOTICE:** A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
*NOTA IMPORTANTE: A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.*
*B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.*

| COVERAGES / *COBERTURAS* | LIMIT OF LIABILITY / *LIMITE DE RESPONSABILIDAD CIVIL* | PREMIUM / *PRIMA* |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY / *RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS* | $ 750,000.00 COMBINED SINGLE LIMIT / *LIMITE UNICO Y COMBINADO* | INCLUDED / *INCLUIDO* |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / *ART. 4 DESCRIPCION DEL AUTO AMPARADO*
TADE DIST CO AUT SH-MOTIVA  AGRICOLA ALFA VITA   TOTAL $ 10.00

| YEAR / AÑO | TRADE NAME / MODEL / *MARCA / MODELO* | LICENSE PLATES / *PLACAS* | MOTOR OR SERIAL No. / *NUMERO DE SERIE / MOTOR* |
|---|---|---|---|
| 2006 | INTERNACIONAL | 132-DW1 EP-2 | 3HSCNAPT46N297527 |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as amended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.
*ART. 5. La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.*

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A. For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. **COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.**
*ART. 6. Las coberturas amparadas están restringidas a un plazo máximo de 72 horas, indicando en la fecha y hora arriba indicada. La cobertura tiene validez, únicamente en los E.E.U.U. Amparando camiones y tracto-camiones (con caja o remolque) que se internan por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.*

**ITEM 7.** "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not..
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.
*ART. 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES: A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Caústicos 5. Productos Químicos 6. Oxígeno 7. Nitrógeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavion) 10. Explosivos 11. Municiones 12. Pesticidas, Herviciadas y Sustancias Venenosas 13. Peroxidos orgánicos, Toxicos agudos (venenos) y agentes infecciosos radioactivas y corrosivos. B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no. C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el codigo federal de regulaciones del transporte de los E.F.U.U. (CFR): 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act. Of 1980". D) Transitar en exceso del radio de operación contratado e indicado en este certificado.*

**NOTA / NOTA:** THIS CERTIFICATE IS VALID **ONLY FOR ONE TRIP** OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
*ESTE CERTIFICADO DE SEGURO TENDRA VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.*

THIS STATEMENT SHOULD APPEAR IN RED.
DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD"
"DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM.
FOR VERIFICATION PLEASE CALL
1-866-789-1785    01-800-552-7770

(FOR INTERNAL USE, M.P. ASC08N-000001)

BY: _____ AUTHORIZED REPRESENTATIVE

EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO

# CERTIFICATE OF INSURANCE

**AMERICAN SERVICE INSURANCE COMPANY INC.**

NAFTA

AGENT No.: _____
No. AGENTE: _____

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTAR A:
**NAFTA** GENERAL AGENCY, INC.
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

This Certificate forms a part of Master Policy Number:
Este Certificado forma parte de la póliza Maestra Número:

Policy / Cert Number:
Póliza / Cert. Número: **ASC08N 000073**

Master Policy Number **ASC08N-000001**
Iussued to: / expedida a: **ARIMEX**

IMPORTANT NOTICE: The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
NOTA IMPORTANTE: La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora

**ITEM 1.** POLICY PERIOD / ART 2: PERIODO DE LA POLIZA

DATE: / FECHA: MONTH/MES **ENERO** / DAY/DIA **23** / YEAR/AÑO **2008** AT / A LAS A.M. **4.-** P.M.

**ITEM 2.** NAME OF INSURED / ART.2 NOMBRE DEL ASEGURADO: **RUFINO CAMPOS ARREDONDO**

ADDRESS: / DIRECCION: **GUASAVE SINALOA**

PORT OF ENTRY: / PUERTO DE ENTRADA: **NOGALES ARIZONA**

COMMODITIES HAULED / TIPO DE CARGA: **HORTALIZAS**

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.

ART. 3. Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.

IMPORTANT NOTICE: A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
NOTA IMPORTANTE: A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.

| COVERAGES / COBERTURAS | LIMIT OF LIABILITY / LIMITE DE RESPONSABILIDAD CIVIL | PREMIUM / PRIMA |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY / RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS | $ 750,000.00 COMBINED SINGLE LIMIT / LIMITE UNICO Y COMBINADO | INCLUDED / INCLUIDO |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / ART. 4 DESCRIPCION DEL AUTO AMPARADO
TADE DIST CO AUT SR MOLINA / incluye derecho de póliza **GRUPO VARELA** TOTAL **$10.00**

| YEAR / AÑO | TRADE NAME / MODEL / MARCA / MODELO | LICENSE PLATES / PLACAS | MOTOR OR SERIAL No. / NUMERO DE SERIE / MOTOR |
|---|---|---|---|
| 1990 | KENWORTH | 536-CF2 ROA-562 | 1XKADDR9X7LS34507 |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as emended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.

ART. 5. La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A. For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.

ART. 6. Las coberturas afforded están restringidas a un plazo maximo de 72 horas, indicando en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tracto-camiones (con caja o remolque) que se interne por la frontera provenientes de la Republica Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.

**ITEM 7.** COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not.
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.

ART. 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Ácidos Cáusticos 5. Productos Químicos 6. Oxigeno 7. Nitrogeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavión) 10. Explosivos 11. Municiones 12. Pesticidas, Herviciadas y Sustancias Venenosas 13. Peróxidos orgánicos, Tóxicos agudos (venenos) y agentes infecciosos radioactivos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, Incluyendo explosivos, y materia radioactiva que se define en el código federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8 y 49 CFR 173.403; mismas que se antistan en 49 cfr 173.101 del "Motor Carrier Act. Of 1980"
D) Transitar en exceso del radio de operación contratada e indicado en este certificado.

NOTA / NOTA: THIS CERTIFICATE IS VALID ONLY FOR ONE TRIP OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
ESTE CERTIFICADO DE SEGURO TENDRA VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.

THIS STATEMENT SHOULD APPEAR IN RED.
DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL
1-866-789-1785     01-800-552-7770

(FOR INTERNAL USE. M.P. ASC08N-000001)
BY: _____ AUTHORIZED REPRESENTATIVE

EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO

RV. 10/31/07
INSURED

THIS CERTIFICATE OF INSURANCE WILL NOT BE ABLE TO BE SOLD AFTER 01/30/2008

| AGENT No.: | CERTIFICATE OF INSURANCE | IN CASE OF ACCIDENT PLEASE REPORT TO: |
|---|---|---|
| No. AGENTE: | | EN CASO DE ACCIDENTE FAVOR DE REPORTAR A: |



**AMERICAN SERVICE INSURANCE COMPANY INC.**

NAFTA GENERAL AGENCY, INC.
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

This Certificate forms a part of Master Policy Number:
*Este Certificado forma parte de la póliza Maestra Número:*

Policy / Cert Number:
*Póliza / Cert. Número:* **ASC08N 001427**

**Master Policy Number ASC08N-000001**
Insured to: / expedida a: **A R I M E X**

IMPORTANT NOTICE: The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
NOTA IMPORTANTE: *La declaración de la información solicitada es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora*

**ITEM 1.** POLICY PERIOD / *ART 1: PERIODO DE LA POLIZA*

| DATE: FECHA: | ENERO | / | 23 | / | 2008 | AT A LAS | A.M. | 2:15 | P.M. |
|---|---|---|---|---|---|---|---|---|---|
| | MONTH / MES | | DAY / DIA | | YEAR / AÑO | | | | |

**ITEM 2.** NAME OF INSURED
ART.2 *NOMBRE DEL ASEGURADO* — TRANSPORTES REFRIGERADOS CAME, S.A DE C.V.

ADDRESS: DIRECCION: — CULIACAN, SINALOA

PORT OF ENTRY: PUERTO DE ENTRADA: — NOGALES ARIZONA

COMMODITIES HAULED
*TIPO DE CARGA*

ITEM 3. The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.

*ART. 3. Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que provee la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.*

IMPORTANT NOTICE: A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.

NOTA IMPORTANTE: *A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.*
*B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.*

| COVERAGES / *COBERTURAS* | LIMIT OF LIABILITY *LIMITE DE RESPONSABILIDAD CIVIL* | PREMIUM *PRIMA* |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY *RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS* | $ 750,000.00 COMBINED SINGLE LIMIT *LIMITE UNICO Y COMBINADO* | INCLUDED *INCLUIDO* |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / *ART. 4 DESCRIPCION DEL AUTO AMPARADO*
Includes policy fee / *incluye derecho de póliza*    PAG. X EL CHOFER $10.00

| YEAR *AÑO* | TRADE NAME / MODEL *MARCA / MODELO* | LICENSE PLATES *PLACAS* | MOTOR OR SERIAL No. *NUMERO DE SERIE / MOTOR* |
|---|---|---|---|
| 2003 | KENWORTH | 008DV8  CM-3 | 3WKAD40X23F611197 |

ITEM 5. The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as emended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.

*ART. 5. La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de Julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.*

ITEM 6. Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. **COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.**

*ART. 6. Las coberturas amparadas están restringidas a un plazo maximo de 72 horas, indicando en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tractocamiones (con caja o remolque) que se interna por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.*

ITEM 7. "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not..
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.10) of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.

*ART. 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehiculos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Causticos 5. Productos Quimicos 6. Oxigeno 7. Nitrogeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavion) 10. Explosivos 11. Municiones 12. Pesticidas, Herbicidas y Sustancias Venenosas 13. Peroxidos organicos, Toxicos agudos (venenos) y agentes infecciosos radioactivos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, Incluyendo explosivos, y materia radioactiva que se define en el codigo federal de regulaciones del transporte de los E.E.U.U. (CFR); 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.10) del "Motor Carrier Act. Of 1980"
D) Transitar en exceso del radio de operación contratado e indicado en este certificado.*

NOTA: / NOTA: THIS CERTIFICATE IS VALID **ONLY FOR ONE TRIP** OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
*ESTE CERTIFICADO DE SEGURO TENDRA VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.*

| THIS STATEMENT SHOULD APPEAR IN RED. DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL 1-866-789-1785    01-800-552-7770 | (FOR INTERNAL USE. M.P. ASC08N-000001) BY _____ AUTHORIZED REPRESENTATIVE | EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA. AL TELÉFONO ARRIBA INDICADO |

# CERTIFICATE OF INSURANCE



AGENT No.: _____
No. AGENTE: _____

**AMERICAN SERVICE INSURANCE COMPANY INC.**

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTARA:
**NAFTA GENERAL AGENCY, INC.**
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

This Certificate forms a part of Master Policy Number:
Este Certificado forma parte de la póliza Maestra Número:

Policy / Cert Number:
Póliza / Cert. Número:  **ASC08N 001558**

Master Policy Number **ASC08N-000001**
Insured to: / expedida a:  **ARIMEX**

IMPORTANT NOTICE: The declaration of information is the responsibility of the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
NOTA IMPORTANTE: La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora

**ITEM 1.** POLICY PERIOD / ART 21 PERIODO DE LA POLIZA
DATE: / FECHA:  Enero / 23 / 2008    MONTH/MES  DAY/DIA  YEAR/AÑO
AT / A LAS:  A.M. ___  01:56 p.m.  P.M.

**ITEM 2.** NAME OF INSURED / ART.2. NOMBRE DEL ASEGURADO:  **ANGEL FAUSTO RONGEL SOTO**

ADDRESS: / DIRECCION: _____

PORT OF ENTRY: / PUERTO DE ENTRADA:  **NOGALES, ARIZONA**

COMMODITIES HAULED / TIPO DE CARGA: _____

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.  **ANGEL FAUSTO RONGEL SOTO**

ART. 3. Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.  **PACIFIC TRELLIS**

IMPORTANT NOTICE: A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
NOTA IMPORTANTE: A. La omisión en la fecha/hora de inicio o termina de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.

| COVERAGES / COBERTURAS | LIMIT OF LIABILITY LIMITE DE RESPONSABILIDAD CIVIL | PREMIUM PRIMA |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS | $ 750,000.00 COMBINED SINGLE LIMIT LIMITE UNICO Y COMBINADO | INCLUDED INCLUIDO |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / ART. 4 DESCRIPCION DEL AUTO AMPARADO
Includes policy fee / incluye derecho de póliza     TOTAL  **$ 8.00**

| YEAR / AÑO | TRADE NAME / MODEL MARCA / MODELO | LICENSE PLATES PLACAS | MOTOR OR SERIAL No. NUMERO DE SERIE / MOTOR |
|---|---|---|---|
| 1979 | PETERBILT   AR-121 | 533CK9 | 111231N |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as amended by the Motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.

ART. 5. La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. **COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.**

ART. 6. Las coberturas amparadas están restringidas a un plazo máximo de 72 horas, indicando en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tracto-camiones (con caja o remolque) que se interna por la frontera provenientes de la República Mexicana **LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.**

**ITEM 7.** "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not..
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.

ART. 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Causticos 5. Productos Químicos 6. Oxígeno 7. Nitrogeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavión) 10. Explosivos 11. Municiones 12. Pesticidas, Hervicidas y Sustancias Venenosas 13. Peroxidos orgánicos, Toxicos agudos (venenos) y agentes infecciosos radioactivos y corrosivos.
B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el código federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act. Of 1980"
D) Transitar en exceso del radio de operación contratado e indicado en este certificado.

NOTA: / NOTA: THIS CERTIFICATE IS VALID **ONLY FOR ONE TRIP** OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING. ESTE CERTIFICADO DE SEGURO TENDRÁ VALIDEZ ÚNICAMENTE **PARA UN SOLO CRUCE** EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARÁ EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.

(FOR INTERNAL USE. M.P. ASC08N-000001)

BY: _____ AUTHORIZED REPRESENTATIVE

THIS STATEMENT SHOULD APPEAR IN RED.
DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL
1-866-789-1785         01-800-552-7770

EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO

# **EXHIBIT B**

# CERTIFICATE OF INSURANCE

**AMERICAN SERVICE INSURANCE COMPANY, INC.**

**Underwriters MGA, Inc.®**

| IN CASE OF ACCIDENT PLEASE REPORT TO: EN CASO DE ACCIDENTE FAVOR DE REPORTAR A: U.S. WATS 1-866-789-1785 |
|---|

This Certificate forms a part of Master Policy indicated below:
Este Certificado forma parte de la Póliza Maestra indicada abajo:

Policy / Cert Number: ASC07 - **601797**
Póliza / Cert. Número

**JCV-178**

**IMPORTANT NOTICE:** The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
**NOTA IMPORTANTE:** La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora.

**ITEM 1.** POLICY PERIOD / ART.1. PERIODO DE LA POLIZA
Date / Fecha: **Enero** / **28** / **2008**   MONTH/MES / DAY/DIA / YEAR/AÑO
AT / A LAS: **11:27** A.M.    P.M.

**ITEM 2.** NAME OF INSURED / ART.2. NOMBRE DEL ASEGURADO: **TRANSPORTES INTERNACIONALES JCV S.A. DE C.V.**

ADDRESS / DIRECCIÓN: **PERIFERICO PONIENTE 1941 LOCAL 19 Y 20**

PORT OF ENTRY / PUERTO DE ENTRADA: **NOGALES, AZ**
COMMODITIES HAULED: / TIPO DE CARGA: **CARGADO**

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such coverages shall be as stated herein. Coverage is subject to all the terms, exclusions and conditions of the policy referenced by number on this certificate and will apply only to those autos designated in item 4 of this Certificate.

**ART. 3.** Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañia Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Articulo 4 de este mismo certificado.

**IMPORTANT NOTICE:** A. Any omission in the date/times of the policy period or description of covered auto will immediately render certificate NULL & VOID.
B. The covered auto must be a Mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
**NOTA IMPORTANTE:** A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas tanbién deberá tener estancia permanente en la republica Mexicana.

| COVERAGES COBERTURAS | LIMIT OF LIABILITY LIMITE DE RESPONSABILIDAD CIVIL | PREMIUM PRIMA |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS | $ 750,000 COMBINED SINGLE LIMIT LIMITE UNICO Y COMBINADO | INCLUDED INCLUIDO |
| ITEM 4. DESCRIPTION OF COVERED AUTO ART. 4 DESCRIPCION DEL AUTO AMPARADO | TOTAL includes policy fee incluye derecho de póliza | $ 10.00 |

| YEAR AÑO | TRADE NAME / MODEL MARCA / MODELO | LICENSE PLATES PLACAS | MOTOR OR SERIAL No. NUMERO DE SERIE / MOTOR |
|---|---|---|---|
| 2005 | KENWORTH | 377DU8 | 9XKAD49X25J922655 |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as amended by the Motor Safety Carrier Act of 1984, Endorsement MCS-90 is attached,

**ART. 5.** La cobertura total que ampara este certificado de seguro, cumple con lo dispuesto por "Public Law 96-296" fechada el 1o. de Julio de 1980, Secciones 29 y 30 enmendadas por "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.

**ITEM 6.** Insurance afforded here under is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., for trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico, COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.

**ART. 6.** Las coberturas amparadas están restringidas a un plazo máximo de 72 horas, Indicando en la fecha y hora arriba indicadas, La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tractocamiones (con caja ó remolque) que se interna por la frontera provenientes de la Republica Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.

**ITEM 7.** "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING
A) Vehicles for the transportation of dangerous charges such as: 1.Gasoline 2.Propane Gas 3.Butane Gas 4.Acids 5.Chemical Products 6.Oxygen 7.Nitrogen 8.Alcohol and its derivatives 9.Airplane Gas 10.Explosives 11.Ammunitions 12.Pesticides Herbicides and poisonous Substances 13.Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily injury or death to any passengers whether authorized or not.
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49 CFR 173.403 and also listed in 49 CFR 172.101 Of the "Code Of Federal Regulations" (CFR)
D) Any travel beyond the radius of operation indicated in this certificate.

**ART. 7.** LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A) Vehículos para el transporte de cargas peligrosas tales como 1.Gasolina 2.Gas Propano 3.Gas Butano 4.Acidos Caústicos 5.Productos Químicos 6.Oxígeno 7.Nitrógeno 8.Alcohol y sus Derivados 9.Gasolina de Aviones (Gasavion) 10.Explosivos 11.Municiones 12.Pesticidas, Herbicidas y Sustancias Venenosas 13.Peróxidos orgánicos, Tóxicos agudos (venenos) y agentes infecciosos, radioactivos y corrosivos.
B) Las Lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas,incluyendo explosivos y materia radioactiva que se define en el Código Federal de Regulaciones del Transporte de los E.E.U.U. (CFR):49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 CFR 172.101 del "Motor Carrier Act. of 1980".
D) Transitar en exceso del radio de operación contratado e indicado en este certificado.

NOTE: THIS CERTIFICATE IS VALID ONLY FOR ONE TRIP OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
NOTA : ESTE CERTIFICADO DE SEGURO TENDRA VALIDEZ UNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.

| THIS STATEMENT SHOULD APPEAR IN RED. DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL 1-866-789-1785 | (FOR INTERNAL USE MASTER POLICY AST07 -*100002*)  BY: | EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICIA ( SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACION) Y AVISE A LA CIA. AL TELEFONO ARRIBA INDICADO |
|---|---|---|

**AMERICAN SERVICE INSURANCE COMPANY, INC.**

# Underwriters MGA, Inc.®

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTAR A:
U.S. WATS 1-866-789-1785

This Certificate forms a part of Master Policy indicated below:
*Este Certificado forma parte de la Póliza Maestra indicada abajo:*

Policy / Cert Number: **ASC07 - 602039**
*Póliza / Cert. Número*

**IMPORTANT NOTICE:** The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
*NOTA IMPORTANTE:* La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora.

**ITEM 1.** POLICY PERIOD / ART.1: PERIODO DE LA POLIZA
Date / Fecha: **ENERO / 23 / 2008** AT / A LAS: **04:30 P.M.**
MONTH / MES — DAY / DIA — YEAR / AÑO

**ITEM 2.** NAME OF INSURED / ART.2. NOMBRE DEL ASEGURADO: **ROBLES CONTRERAS JESUS ADAN**
ADDRESS / DIRECCIÓN: **MAGDALENA DE KINO SON**
PORT OF ENTRY / PUERTO DE ENTRADA: **NOGALES ARIZONA**
COMMODITIES HAULED: / TIPO DE CARGA: **VERDURAS**

**ITEM 3.** The insurance afforded by this certificate is solely with respect to coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such coverages shall be as stated herein. Coverage is subject to all the terms, exclusions and conditions of the policy referenced by number on this certificate and will apply only to those autos designated in item 4 of this Certificate.

**ART. 3.** Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que provee la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.

**IMPORTANT NOTICE:** A. Any omission in the date/times of the policy period or description of covered auto will immediately render certificate NULL & VOID.
B. The covered auto must be a Mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
*NOTA IMPORTANTE:* A. La omisión en la fecha/hora de inicio o termino de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura.
B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas tambien debera tener estancia permanente en la republica Mexicana.

| COVERAGES / COBERTURAS | LIMIT OF LIABILITY / LIMITE DE RESPONSABILIDAD CIVIL | PREMIUM / PRIMA |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY / RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS | $750,000 COMBINED SINGLE LIMIT / LIMITE UNICO Y COMBINADO | INCLUDED / INCLUIDO |
| | TOTAL (includes policy fee / incluye derecho de poliza) | $10.00 |

**ITEM 4. / ART. 4** DESCRIPTION OF COVERED AUTO / DESCRIPCION DEL AUTO AMPARADO

| YEAR / AÑO | TRADE NAME / MODEL / MARCA / MODELO | LICENSE PLATES / PLACAS | MOTOR OR SERIAL No. / NUMERO DE SERIE / MOTOR |
|---|---|---|---|
| 1992 | FORD ECONOLINE | UR-27-789 | 1FDKE37H3NHA82320 |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as amended by the Motor Safety Carrier Act of 1984. Endorsement MCS-90 is attached.

**ART. 5.** La cobertura total que ampara este certificado de seguro, cumple con lo dispuesto por Public Law 96-296 fechada el 1o. de Julio de 1980, Secciones 29 y 30 enmendadas por Motor Safety Carrier Act of 1984. El endoso MCS-90 está integrado a este certificado.

**ITEM 6.** Insurance afforded here under is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., for trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.

**ART. 6.** Las coberturas amparadas están restringidas a un plazo máximo de 72 horas. Indicado en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tracto-camiones (con caja ó remolque) que se internan por la frontera provenientes de la República Mexicana LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.

**ITEM 7.** "COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING
A) Vehicles for the transportation of dangerous charges such as: 1.Gasoline 2.Propane Gas 3.Butane Gas 4.Acids 5.Chemical Products 6.Oxygen 7.Nitrogen 8.Alcohol and its derivatives 9.Airplane Gas 10.Explosives 11.Ammunitions 12.Pesticides Herbicides and poisonous Substances 13.Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not.
C)Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49 CFR 173.403 and also listed in 49 CFR 172.101 Of the "Code Of Federal Regulations" (CFR)
D) Any travel beyond the radius of operation indicated in this certificate.

**ART. 7.** LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES:
A)Vehículos para el transporte de cargas peligrosas tales como 1.Gasolina 2.Gas Propano 3.Gas Butano 4.Acidos Cáusticos 5.Productos Químicos 6.Oxígeno 7.Nitrógeno 8.Alcohol y sus Derivados 9.Gasolina de Aviones (Gasavion) 10.Explosivos 11.Municiones 12.Pesticidas, Herbicidas y Sustancias Venenosas 13.Peróxidos orgánicos, Tóxicos agudos (venenos) y agentes infecciosos, radioactivos y corrosivos.
B) Las Lesiones corporales o muerte a todo pasajero ya sea autorizado o no.
C) El transporte de materiales o sustancias peligrosas,incluyendo explosivos y materia radioactiva que se define en el Código Federal de Regulaciones del Transporte de los E.E.U.U. (CFR):49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 CFR 172.101 del "Motor Carrier Act. of 1980".
D) Transitar en exceso del radio de operación contratado e indicado en este certificado.

**NOTE:** THIS CERTIFICATE IS VALID ONLY FOR ONE TRIP OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
**NOTA:** ESTE CERTIFICADO DE SEGURO TENDRA VALIDEZ UNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.

(FOR INTERNAL USE MASTER POLICY AST07 -100002)

THIS STATEMENT SHOULD APPEAR IN RED. DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL 1-866-789-1785

BY: _____ AUTHORIZED REPRESENTATIVE

EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICIA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACION) Y AVISE A LA CIA. AL TELEFONO ARRIBA INDICADO

# **EXHIBIT C**

**EXHIBIT C**

# CERTIFICATE OF INSURANCE

**AGENT No.:** _____
*No. AGENTE:* _____

**AMERICAN SERVICE INSURANCE COMPANY INC.**

NAFTA

IN CASE OF ACCIDENT PLEASE REPORT TO:
EN CASO DE ACCIDENTE FAVOR DE REPORTAR A:
NAFTA
U.S. WATS: 1-866-789-1785
MEXICO: 01-800-552-7770

This Certificate forms a part of Master Policy Number:
*Este Certificado forma parte de la póliza Maestra Número:*

Policy / Cert Number: **ASC08N 001596**
*Póliza / Cert. Número:*

**Master Policy Number ASC08N-000001**
Issued to: / *expedida a:* **A R I M E X**

**IMPORTANT NOTICE:** The declaration of information is the responsibility of in the insured. Any omissions, incomplete or inexact declaration, will terminate coverage and the obligations of the insurance company will be null and void.
*NOTA IMPORTANTE: La declaración de la información solicitada, es responsabilidad del asegurado y cualquier omisión o declaración inexacta podrá originar la anulación de cobertura y con ello las obligaciones de la compañía aseguradora*

**ITEM 1.** POLICY PERIOD / ART. 1: PERIODO DE LA POLIZA

DATE: **ENERO** / **24** / **2008**   AT ALAS **9:30** A.M. _____ P.M.
FECHA: MONTH/MES  DAY/DIA  YEAR/AÑO

**ITEM 2.** NAME OF INSURED: **Cayenne express**
ART.2. NOMBRE DEL ASEGURADO

ADDRESS: **CD. OBREGON**
DIRECCION:

PORT OF ENTRY: **Nog, Az**   COMMODITIES HAULED
PUERTO DE ENTRADA:   TIPO DE CARGA

**ITEM 3.** The insurance afforded by this certificate is solely with respect to the coverages indicated below and where a specific premium charge is indicated. The limit of the insurance company's liability against such Coverages shall be as stated herein. Coverage is subject to all the terms, Exclusions and conditions of the policy referenced by number on this Certificate and will apply only to those autos designated in item 4 of this Certificate.

*ART. 3. Las coberturas amparadas en este certificado de seguro, son específicamente las contratadas y descritas abajo. El límite máximo de responsabilidad civil que proveé la Compañía Aseguradora será el indicado en este certificado. Las coberturas amparadas por este certificado de seguro están sujetas a todas las cláusulas, exclusiones y condiciones de la póliza de seguro, cuya numeración arriba se indica y ampara únicamente el vehículo descrito en el Artículo 4 de este mismo certificado.*

**IMPORTANT NOTICE:** A. Any omission in the date/time of the "police period" or "description of covered auto" will immediately render certificate NULL & VOID.
B. The covered auto must be a mexican registered & plated vehicle, and must be garaged permanently in the republic of Mexico.
*NOTA IMPORTANTE: A. La omisión en la fecha/hora de inicio o término de vigencia y/o datos del vehículo asegurado son causa justificable para la anulación de la cobertura. B. El vehículo asegurado debe tener tarjeta de circulación y placas mexicanas también deberá tener estancia permanente en la república mexicana.*

| COVERAGES / COBERTURAS | LIMIT OF LIABILITY / LIMITE DE RESPONSABILIDAD CIVIL | PREMIUM / PRIMA |
|---|---|---|
| COMBINED BODILY INJURY AND PROPERTY DAMAGE LIABILITY / RESPONSABILIDAD CIVIL COMBINADA POR DAÑOS A TERCEROS EN SUS BIENES O SUS PERSONAS | $750,000.00 COMBINED SINGLE LIMIT / LIMITE UNICO Y COMBINADO | INCLUDED / INCLUIDO |

**ITEM 4.** DESCRIPTION OF COVERED AUTO / ART. 4 *DESCRIPCION DEL AUTO AMPARADO*   TOTAL  $ **10.00**
Includes policy fee / *incluye derecho de póliza*

| YEAR / AÑO | TRADE NAME / MODEL / MARCA / MODELO | LICENSE PLATES / PLACAS | MOTOR OR SERIAL No. / NUMERO DE SERIE / MOTOR |
|---|---|---|---|
| 2003 | Frailiner | 909DU6 | 3AKJAHCG73DL68785 |

**ITEM 5.** The total coverage of this certificate complies with the Public Law 96 - 296 dated July 1, 1980, Sections 29 and 30 as amended by the motor Safety Carrier Act. Of 1984. Endorsement MCS-90 is attached.
*ART. 5. La cobertura total que ampara este certificado o de seguro, cumple con lo dispuesto por "Public Law 96 - 296" fechada el 1o de Julio de 1980, Secciones 29 y 30 enmendadas "Motor Safety Carrier Act of 1984". El endoso MCS-90 está integrado a este certificado.*

**ITEM 6.** Insurance afforded hereunder is restricted to a 72 hour period from the effective date and time hereon. Coverage is valid only in the U.S.A., For trucks and tractor units (including attached semitrailers) crossing the border from the Republic of Mexico. COVERAGE IS VALID ONLY WITHIN A 50 MILE RADIUS FROM THE INTERNATIONAL PORT OF ENTRY.
*ART. 6. Las coberturas amparadas están restringidas a un plazo máximo de 72 horas, indicando en la fecha y hora arriba indicadas. La cobertura cubre y tiene validez, únicamente en los E.E.U.U. Amparando camiones y tractocamiones (con caja o remolque) que se internan por la frontera provenientes de la República Mexicana. LA COBERTURA ES VALIDA UNICAMENTE DENTRO DEL RADIO DE 50 MILLAS DEL PUERTO DE ENTRADA INTERNACIONAL.*

**ITEM 7.** COVERAGE IS ALSO EXCLUDED FOR THE FOLLOWING:
A) Vehicles for the transportation of dangerous charges such as: 1. Gasoline 2. Propane Gas 3. Butane Gas 4. Acids 5. Chemical Products 6. Oxygen 7. Nitrogen 8. Alcohol and its derivatives 9. Airplane Gas 10. Explosives 11. Ammunitions 12. Pesticides Herbicides and poisonous Substances 13. Organic Peroxides high pitched toxic (poisons) and infectious radioactive and corrosive agents.
B) Bodily Injury or death to any passengers whether authorized or not..
C) Transportation of hazardous, explosive, or radioactive materials or substances as defined in 49 CFR 171.8 and 49CFR 173.403 and also listed in 49 CFR 172.101 of the "Code of Federal Regulations" (CFR).
D) Any travel beyond the radius of operation indicated in this certificate.

*ART. 7. LA COBERTURA DEL SEGURO EXCLUYE LAS SIGUIENTES: A) Vehículos para el transporte de cargas peligrosas tales como 1. Gasolina 2. Gas Propano 3. Gas Butano 4. Acidos Cáusticos 5. Productos Químicos 6. Oxígeno 7. Nitrogeno 8. Alcohol y sus Derivados 9. Gasolina de Aviones (Gasavion) 10. Explosivos 11. Municiones 12. Pesticidas, Hervicidas y Sustancias Venenosas 13. Peroxidos organicos, Toxicos agudos (venenos) y agentes infecciosos radioativos y corrosivos. B) Las lesiones corporales o muerte a todo pasajero ya sea autorizado o no. C) El transporte de materiales o sustancias peligrosas, incluyendo explosivos, y materia radioactiva que se define en el código federal de regulaciones del transporte de los E.E.U.U. (CFR): 49 CFR 171.8 y 49 CFR 173.403; mismas que se enlistan en 49 cfr 172.101 del "Motor Carrier Act. Of 1980" D) Transitar en exceso del radio de operación contratado e indicado en este certificado.*

**NOTA: / NOTA:** THIS CERTIFICATE IS VALID ONLY FOR ONE TRIP OR CROSSING AT THE U.S. PORT OF ENTRY. COVERAGE IS NULL AND VOID IF USED IN MORE THAN ONE TRIP OR CROSSING.
*ESTE CERTIFICADO DE SEGURO TENDRÁ VALIDEZ ÚNICAMENTE PARA UN SOLO CRUCE EN EL PUERTO DE ENTRADA A LOS E.E.U.U. LA COBERTURA NO SERA VALIDA Y SE ANULARA EN CASO DE USARSE EN MAS DE UN SOLO CRUCE.*

THIS STATEMENT SHOULD APPEAR IN RED. DO NOT ACCEPT OMISSIONS OR ALTERATIONS OF ANY KIND IN THE "POLICY PERIOD" "DESCRIPTION OF COVERED AUTO" OR PHOTOCOPIES OF THIS FORM. FOR VERIFICATION PLEASE CALL
1-866-789-1785        01-800-552-7770

(FOR INTERNAL USE. M.P. ASC08N-000001)

BY _____ AUTHORIZED REPRESENTATIVE

EN CASO DE ACCIDENTE, LLAME INMEDIATAMENTE A LA POLICÍA (SIN REPORTE POLICIACO DE ACCIDENTE, NO PROCEDE LA RECLAMACIÓN) Y AVISE A LA CIA, AL TELÉFONO ARRIBA INDICADO