**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 CV 443 |
| NAFTA GENERAL AGENCY, a Texas, Corporation, UNDERWRITERS MGA, Inc., a Texas corporation, and RAMON VILLARREAL, an individual, | ) ) ) ) ) | Judge David H. Coar |
| Defendants. | ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on February 14, 2008, at the hour of 9:00 a.m. or as soon thereafter a counsel may be heard, we shall appear before the Honorable Judge David H. Coar in Room 1419 of the Everett McKinley Dirksen Building 219 S. Dearborn, Chicago, Illinois, and then and there present Plaintiff's Motion for Rule to Show Cause, at which time you may appear if you so desire.

                                         By: __/s/ Matthew P. Barrette_____
                                             One of Plaintiffs' Attorneys

Patrick M. Hincks
Desmond P. Curran
Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523
Ph.: (630) 573-5021
Fax: (630) 573-5130
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Matthew P. Barrette, an attorney, certify that I served the attached Notice and Motion for Rule to Show Cause upon the parties named on the service list below via facsimile, where specified, and by depositing same in the U.P.S. collection box at 120 W. 22nd Street, Oak Brook, Illinois for overnight delivery before 4:30 p.m. on February 11, 2008, with proper postage prepaid and properly addressed.

/s/ Matthew P. Barrette            .

**SERVICE LIST**

Michael J. Scotti, III
Paul A. Duffy
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606-6677
Fax: 312.360.6597

NAFTA General Agency, Inc.
594 Jose Marti Blvd.
Brownsville, TX 78526
Attn: Daniel Hernandez