Order Form (01/2005)        Case 1:08-cv-00443    Document 34    Filed 02/11/2008    Page 1 of 1



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 443 | **DATE** | 2/11/2008 |
| **CASE TITLE** | American Service Ins Co. Vs. NAFTA General Agency, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Temporary Restraining Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

08C443 American Service Ins Co. Vs. NAFTA General Agency, et al                                                         Page 1 of 1