## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

American Service Insurance Company
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−00443
                                                    Honorable David H. Coar

NAFTA General Agency, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge David H. Coar :Motion hearing held on 2/14/2008 regarding motion for rule to show cause[32]. MOTION by Plaintiff American Service Insurance Company for rule to show cause[32] is entered and continued for hearing to 2/19/2008 at 1:30 P.M. Set deadlines/hearing as to motion for rule to show cause[32] : A response shall be filed within two days. Motion Hearing set for 2/19/2008 at 01:30 PM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.