**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

American Service Insurance Company
                                                            Plaintiff,

v.                                                                          Case No.: 1:08−cv−00443
                                                                            Honorable David H. Coar

NAFTA General Agency, et al.
                                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

    MINUTE entry before Judge David H. Coar : Motion hearing held on 2/19/2008 regarding motion for rule to show cause[32]MOTION by Plaintiff American Service Insurance Company for rule to show cause [32] is continued to 2/28/2008 at 4:00 p.m. Motion Hearing set for 2/28/2008 at 04:00 PM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.