**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

American Service Insurance Company

                              Plaintiff,

v.                                                  Case No.: 1:08−cv−00443
                                                    Honorable David H. Coar

NAFTA General Agency, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge David H. Coar :Pursuant to telephonic notice from Matthew P. Barette, one of the attorneys for the plaintiff, parties are in settlement negotiations. The hearing date of 2/28/08 is stricken pursuant to the parties' request. Motion for RULE to show cause[32] is reset to 3/28/2008 at 10:00 a.m.Show Cause Hearing set for 3/28/2008 at 10:00 A.M.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.