**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

American Service Insurance Company
            Plaintiff,

v.                Case No.: 1:08−cv−00443
                Honorable David H. Coar

NAFTA General Agency, et al.
            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 28, 2008:

  MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 3/28/2008 regarding motion for rule to show cause[32]. MOTION by Plaintiff American Service Insurance Company for rule to show cause [32] is withdrawn – parties are in the process of preparing an agreed permanent injunction order. Status hearing set for 4/15/2008 at 09:00 AM.Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.