## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

American Service Insurance Company

                                        Plaintiff,

v.                                                     Case No.: 1:08−cv−00443
                                                    Honorable David H. Coar

NAFTA General Agency, et al.

                                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable David H. Coar:Status hearing held on 4/15/2008. The plaintiff will be filing a motion to enforce the settlement agreement. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.