**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 08 C 443 |
| NAFTA GENERAL AGENCY, a Texas corporation, UNDERWRITERS MGA, INC., a Texas corporation, and RAMON VILLARREAL, an individual, | ) ) ) ) ) | Judge Coar Magistrate Judge Keys |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

**TO:**   **See Attached Service List**

**PLEASE TAKE NOTICE** that on April 29, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable David H. Coar or any judge sitting in his stead, in courtroom 1419 of the United State District Court, 218 S. Dearborn, Chicago, Illinois and shall then and there present our **MOTION TO WITHDRAW AS COUNSEL,** a copy of which is being served with this notice.

> Michael J. Scotti, III as counsel for
> NAFTA GENERAL AGENCY
> UNDERWRITERS MGA, INC.; and
> RAMON VILLARREAL, Defendants,

> By:   s/ Michael J. Scotti, III

Michael J. Scotti, III  (ARDC # 6205868)
**FREEBORN & PETERS LLP**
311 S. Wacker Dr., Suite 3000
Chicago, Illinois   60606
(312) 360-6374

1530264/26230-0001

## SERVICE LIST

Patrick M. Hincks
Desmond Patrick Curran
Matthew P. Barrette
Sullivan Hinks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL  60523
(630) 573-5021

Daniel T. Hernandez, Director of Operations
NAFTA General Agency, Inc.
P. O. Box 4532
Brownsville, TX 78523-4532
dthernandez@naftageneral.com
(956) 546-8141

Ramon Villarreal, President
Underwriters MGA, Inc.
P. O. Box 5488
McAllen, TX  78502
annam@villalbagroup.com
(956) 581-5973

Ramon Villarreal, Individually
P. O. Box 5488
McAllen, TX  78502
annam@villalbagroup.com
(956) 581-5973

1530253/26230-0001