IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NAFTA GENERAL AGENCY, a Texas corporation, UNDERWRITERS MGA, INC., a Texas corporation, and RAMON VILLARREAL, an individual, )<br>)<br>Defendants. ) | Case No.: 08 C 443<br><br>Judge Coar<br>Magistrate Judge Keys |

### CERTIFICATE OF SERVICE

The undersigned certifies that he served Defendants' **NOTICE OF MOTION and MOTION TO WITHDRAW AS COUNSEL**, via the United States District Court, Northern District of Illinois, Eastern Division, ECF filing system, on April 23, 2008 to the parties set forth below:

> Patrick M. Hincks
> Desmond Patrick Curran
> Matthew P. Barrette
> Sullivan Hinks & Conway
> 120 W. 22nd Street, Suite 100
> Oak Brook, IL 60523
> (630) 573-5021

and via electronic mail and U.S. Express Mail to the following parties:

> Daniel T. Hernandez
> Director of Operations
> NAFTA General Agency, Inc.
> P. O. Box 4532
> Brownsville, TX 78523-4532
> dthernandez@naftageneral.com

Ramon Villarreal, President
Underwriters MGA, Inc.
P. O. Box 5488
McAllen, TX 78502
annam@villalbagroup.com

Ramon Villarreal, Individually
P. O. Box 5488
McAllen, TX 78502
annam@villalbagroup.com


                                          _____s/ Michael J. Scotti, III_____

1530002/26230-0001