**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, | ) ) ) | |
| Plaintiff, | ) | Case No. 08 CV 443 |
| v. | ) ) | Judge David H. Coar |
| NAFTA GENERAL AGENCY, UNDERWRITERS MGA, INC., and RAMON VILLARREAL, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on May 1, 2008, at the hour of 9:00 a.m. or as soon thereafter a counsel may be heard, we shall appear before the Honorable Judge David H. Coar in Room 1419 of the Everett McKinley Dirksen Building 219 S. Dearborn, Chicago, Illinois, and then and there present Motion to Enforce Settlement Agreement and Enter Permanent Injunction, at which time you may appear if you so desire.



          /s/ Matthew P. Barrette
          One of Plaintiff's Attorneys

Patrick M. Hincks
Desmond P. Curran
Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, Illinois 60523
(630) 573-5021

## CERTIFICATE OF SERVICE

I, Janet Cerceo, a non-attorney, certify that the attached Notice and the document referenced therein were served upon the parties named on the service list below by placing those documents in the U.S. mailbox at 120 W. 22nd Street, Oak Brook, IL before 5:00 p.m. on April 28, 2008, with proper postage prepaid and properly addressed.

Subscribed and sworn to
Before me this 28 day
Of ~~February~~ April, 2008.

*"OFFICIAL SEAL"*
DIANE S. BENDER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/22/2010

**SERVICE LIST**

Michael J. Scotti, III
Freeborn & Peters LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606

Daniel T. Hernandez
Director of Operations
NAFTA General Agency, Inc.
P.O. Box 4532
Brownsville, TX 78523-4532

Ramon Villarreal
President
Underwriters MGS, Inc.
P.O. Box 5488
McAllen, TX 78502

Ramon Villarreal, Individually
P.O. Box 5488
McAllen, TX 78502