# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

American Service Insurance Company

                              Plaintiff,

v.                                                      Case No.: 1:08−cv−00443

                                                                 Honorable David H. Coar

NAFTA General Agency, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 4/29/2008 regarding motion to withdraw as attorney [42].MOTION by counsel for Defendants NAFTA General Agency, Underwriters MGA, Inc., Ramon Villarreal to withdraw as attorney [42] is granted. Leave granted Michael J. Scotti, III and Paul Duffy of Freeborn & Peters LLP to withdraw as attorney for the defendants. Status hearing set for 5/13/2008 at 09:00 A.M. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.