## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 443 |
|---|---|

AMERICAN SERVICE INSURANCE COMPANY
v.
 NAFTA GENERAL AGENCY, a Texas Corporation,
UNDERWRITERS MGA, INC., a Texas Corporation, and
RAMON VILLARREAL, an individual.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NAFTA GENERAL AGENCY, a Texas Corporation,
UNDERWRITERS MGA, INC., a Texas Corporation, and
RAMON VILLARREAL, an individual.

| NAME (Type or print) |
|---|
| Antonio DeBlasio |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Antonio DeBlasio |

| FIRM |
|---|
| Kubiesa, Spiroff, Gosselar, Acker, & DeBlasio, P.C. |

| STREET ADDRESS |
|---|
| 105 South York Street, Suite 250 |

| CITY/STATE/ZIP |
|---|
| Elmhurst, Illinois 60126 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06224762 | 630-516-1800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |