**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

American Service Insurance Company

                                      Plaintiff,

v.                                                                    Case No.: 1:08−cv−00443
                                                                  Honorable David H. Coar

NAFTA General Agency, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable David H. Coar:MOTION [45] by Plaintiff American Service Insurance Company to enforce Settlement Agreement and Enter Permanent Injunction is reset to 5/29/2008 at 10:00 a.m. for hearing. MOTION [51] by Defendants NAFTA General Agency, Underwriters MGA, Inc., Ramon Villarreal to continue Hearing Set for May 22, 2008 [51] is granted. The hearing date of 5/22/2008 is stricken. In Court hearing as to document # 45 is reset for 5/29/2008 at 10:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.