

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY 21 2008
MAY 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company<br>Plaintiff,<br><br>v.<br><br>NAFTA GENERAL AGENCY, a Texas Corporation, UNDERWRITERS MGA, Inc., a Texas corporation, and RAMON VILLARREAL, an individual,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 08-CV-00443<br><br>Judge Coar |

## PRO SE DEFENDANT RAMON VILLARREAL'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY FOR MAY 13, 2008 STATUS HEARING AND FOR CONTINUANCE OF MAY 22, 2008 HEARING

TO THE HONORABLE JUDGE OF SAID COURT:

Pro Se Defendant, RAMON VILLARREAL, Individually, files this Motion and would show the Court the following:

I.

Ramon Villareal would show this Court that a Status Hearing is set for May 13, 2008 at 9:00am and a hearing on Motion to Enforce Settlement Agreement and Entry of a Permanent Injunction is set for May 22, 2008.

II.

Personal attendance at the May 13, 2008 status hearing is not possible because personal crises that occurred this weekend prevented Ramon Villareal, a Texas resident and citizen, from travelling to Chicago, Illinois in time to appear for tomorrow's hearing in Judge Coar's courtroom.



III.

CERTIFICATE OF CONFERENCE. We have conferred with counsel for Plaintiff and they are unopposed to Ramon Villareal appearing by telephone for the status hearing.

IV.

Pro Se Ramon Villareal moves the Court to continue the May 22, 2008 hearing on Motion to Enforce Settlement Agreement and Motion to Enter Settlement Agreement. This court granted, over my objection, my counsel's motion to withdraw as counsel of record on May 1, 2008, a mere twenty (20) days prior to a hearing on such an important issue, a permanent injunction that effectively shuts down a business in which I am a shareholder and various other legitimate and profitable businesses as well. I am currently pro se, without legal representation.

V.

Despite my diligent efforts and those of my Texas counsel to secure replacement counsel, we have been unable to secure legal representation. Of the three attorneys that have performed conflicts checks to date, two have had conflicts and one did not do work on an hourly basis any longer. I am thus pro se at this time and respectfully request additional time to travel to Chicago and personally search and interview counsel to defend my interests in this matter. I hereby request sixty (60) additional days to do so.



## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing pleading has been delivered on this \_\_12th\_\_ day of May, 2008.

Patrick M. Hincks
Desmond P. Curran
Matthew P. Barrette
Sullivan Hincks & Conway
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523

VIA TELECOPIER: 630.573.5130

/s/ RAMON VILLARREAL

4

V.

This request for continuance is not for delay only, but so that justice may be done.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request the Court to permit me to appear telephonically for the May 13, 2008 telephonic status conference and to reschedule the hearing set for May 22, 2008 to a date in mid July, 2008 on a date convenient to the court's docket.

Respectfully submitted,

RAMON VILLARREAL, PRO SE

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company<br>Plaintiff,<br><br>v.<br><br>NAFTA GENERAL AGENCY, a Texas Corporation, UNDERWRITERS MGA, Inc., a Texas corporation, and RAMON VILLARREAL, an individual,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   Case No. 08C 443 |

## ORDER GRANTING
## PRO SE DEFENDANT RAMON VILLARREAL'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY FOR MAY 13, 2008 STATUS HEARING AND FOR CONTINUANCE OF MAY 22, 2008 HEARING

On this the ____day of _____, 2008, came on to be heard DEFENDANT RAMON VILLARREAL'S MOTION TO APPEAR TELEPHONICALLY FOR MAY 13, 2008 STATUS HEARING AND FOR CONTINUANCE OF MAY 22, 2008 HEARING.

IT IS HEREBY ORDERED that DEFENDANT RAMON VILLARREAL'S MOTION is GRANTED.

SIGNED this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:   Ramon Villarreal
      3206 N. Bryan
      Mission, Texas 78572

      Patrick M. Hincks
      Desmond P. Curran
      Matthew P. Barrette
      Sullivan Hincks & Conway
      120 W. 22nd Street, Suite 100
      Oak Brook, IL 60523

5