IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, | ) ) ) | |
| Plaintiff, | ) ) | 08 C 443 |
| v. | ) ) | Hon. David H. Coar |
| NAFTA GENERAL AGENCY, a Texas corporation, UNDERWRITERS MGA, INC., a Texas corporation, and RAMON VILLARREAL, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) | |

### EMERGENCY NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on **Tuesday, May 27, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable David H. Coar in Courtroom 1419 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and then and there present:

**Defendants' Emergency Motion to Compel Production of Documents for May 27, 2008,** a copy of which is attached hereto and served upon you.

Dated: May 23, 2008

Respectfully submitted,

By:  /s/ Antonio DeBlasio
One of Defendants' Attorneys

Antonio DeBlasio
KUBIESA, SPIROFF, GOSSELAR, ACKER & DEBLASIO, P.C.
105 South York Street, Suite 250
Elmhurst, Illinois 60126
Tel. (630) 516-1800
Fax (630) 516-1808
DeBlasio@ksgalaw.com

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that he caused a true and correct copy of the foregoing **Emergency Notice of Motion** and **Defendants' Emergency Motion to Continue Hearing Set for May 27, 2008** to be served upon all attorneys of record via ECF and via facsimile transmission according to their address of record as reflected on the attached Service List on May 23, 2008.

                                          /s/ Antonio DeBlasio

## SERVICE LIST

**American Service Insurance Company**
**v.**
**NAFTA General Agency, et al.**
**2008 C 443**

**Attorneys for Plaintiff**
Patrick M. Hincks
Desmond Patrick Curran
Matthew P. Barrette
Sullivan Hincks & Conway
120 West 22nd Street, Suite 100
Oak Brook, Illinois 60523
Tel: 630-573-5021
Fax.630-573-5130

Michael J. Scotti, III
Freeborn & Peters
311 South Wacker Drive, Ste. 3000
Chicago, Illinois 60606
Fax 312-360-6994