**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

American Service Insurance Company

                                  Plaintiff,

v.                                              Case No.: 1:08−cv−00443

                                                           Honorable David H. Coar

NAFTA General Agency, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2008:

      MINUTE entry before the Honorable David H. Coar: Motion hearing held on 5/27/2008 regarding motion to compel[56]. MOTION by Defendants NAFTA General Agency, Underwriters MGA, Inc., Ramon Villarreal to compel Production of Documents [56] is entered and continued to 5/28/2008 at 9:00 a.m. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.