Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 443 | DATE | 5/29/2008 |
| CASE TITLE | American Service Ins Co vs. NAFTA General Agency et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion hearing held regarding # 45. Parties reach an agreement. The parties of the second part shall be enjoined, restrained and prohibited from soliciting, selling, issuing or renewing any insurance policy to be issued by ASI per the PMA non resident program after 4/15/2008. The Court retains personal and subject matter jurisdiction. Plaintiff's complaint is dismissed with prejudice. Any and all pending motions are moot and terminated. Civil case terminated. ENTER AGREED PERMANENT INJUNCTION ORDER.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

U.S. DISTRICT COURT
2008 JUN -9 PH 5:08
FILED