IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN SERVICE INSURANCE COMPANY, an Illinois insurance company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 CV 443 |
| NAFTA GENERAL AGENCY, a Texas, Corporation, UNDERWRITERS MGA, Inc., a Texas corporation, and RAMON VILLARREAL, an individual, | ) ) ) ) ) | Judge David H. Coar |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

TO:   Antonio DeBlasio, Esq.
      Kubiesa, Spiroff, Gosselar, Acker & DeBlasio, P.C.
      105 South York Road, Suite 250
      Elmhurst, IL 60126

PLEASE TAKE NOTICE that on Tuesday, **September 9, 2008**, at the hour of 9:00 A.M., the undersigned shall appear before the Honorable Judge David H. Coar in Room 1419 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Motion to Enforce Settlement and Letter Agreement and Enter Judgment, at which time you may appear if you so desire.

/s/ Matthew P. Barrette
One of Plaintiff's Attorneys

SULLIVAN HINCKS AND CONWAY
120 West 22nd Street
Suite 100
Oak Brook, Illinois 60523
TEL:  (630) 573-5021
FAX:  (630) 573-5130

**CERTIFICATE OF SERVICE**

I, Ryan A. Mahoney, an attorney and counsel for Plaintiff, hereby certify that on this 29th day of August, 2008, one (1) copy of this Notice and the attached Motion were served electronically via the court's ECF system and by regular United States Mail, postage prepaid, from 120 West 22nd Street, Oak Brook, IL 60523, upon counsel for the Defendant(s) at the address(es) listed above.

/s/ Ryan A. Mahoney