**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

American Service Insurance Company
                        Plaintiff,

v.                                                Case No.: 1:08−cv−00443
                                                 Honorable David H. Coar

NAFTA General Agency, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable David H. Coar: Set deadlines/hearing as to motion to enforce[64] :Defendnat to file Responses by 9/17/2008. MOTION by Plaintiff American Service Insurance Company to enforce settlement & letter agreement [64] is entered and continued 9/25/2008 at 9:00 a.m. Motion Hearing set for 9/25/2008 at 09:00 AM. Parties need not appear on 9/9/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.